S

**JUDGE RAMOS**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Renxiong Huang

_____
Write the full name of each plaintiff.

## 17 CV 5582

_____CV_____
(Include case number if one has been
assigned)

-against-

_____

See attachment for defendants

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes  ☒ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

# Case description to sue minghui.org , zhengjian.org and Falun Gong organizations

**Plaintiff**

RenXiong Huang

Add:143 Rockaway Ave 3F

Brooklyn, NY 11233

**Defendant**

## 1--Minghui.org

Add：229 West 28th Street, 6th FL, New York, NY10001, USA

## 2.--Zhengjian.org

Add：229 West 28th Street, 6th FL, New York, NY10001, USA

## 3--Eastern US Buddhas Study Falun Dafa Association.

Add: 6515 38th Ave Apt 2g, Woodside, NY 11377-2903

## 4--Rong Yi

Add: 6515 38th Ave Apt 2g, Woodside, NY 11377-2903

**Plaintiff**

RenXiong Huang

Add:143 Rockaway Ave 3F

Brooklyn, NY 11233

**Defendant**

**5--Yi Cai**

Add: 6515 38th Ave Apt 2g,
Woodside, NY 11377-2903

**6--Hao Ye**

Add: 6515 38th Ave Apt 2g,
Woodside, NY 11377-2903

**7--US Southwestern Falun Dafa Association**
Add: 9550 Flair Dr, El Monte, CA 91731-2900

**8--YouFu Li**

Add: 9550 Flair Dr, El Monte, CA 91731-2900

**9--Mid-USA Falun Dafa Association**
Add: 1065 W Argyle St. #2e, Chicago, Illinois 60640

**10-- Seng Yang**

Add: 1065 W Argyle St. #2e, Chicago, Illinois 60640

**Physical Harms:**

**1. Inaccurate Minghui.org reports mislead the public and pushed me to the opposition of Falun Gong, causing my unlawful arrest by police.**

As of 07/29/2003, minghui.org issued an false article about me

------ A1

On August 2003, I went to Bangkok UN branch office to take my first interview. There I met ZiWei Yang, a Falun gong refugee. He was standing outside the UN building. I asked him what was going on with him. He told me minghui.org wrote and published an article, accusing me of being a special agent from the Chinese government, so the head of Falun Gong association in Thailand, YiJiang Zhong  asked him to bring this article to inform the UN that I am a special agent so I cannot apply for Falun Gong refugee.

I felt very sad at that time.

While waiting in line for my interview with UN, another person in line told me nobody can fool the UN if they are lying, and I do not need to worry if I tell the truth.

After this interview, I kept going to the riverside located in proximity to the royal field to tell Chinese tourist the truth about Falun Gong.

But this time, two policemen came close to me and took me to the police station.

One policeman told me: someone made a phone call and told them I am a bad person so they should check out everything about me.

Later on, a Falun Gong practitioner told me: local Falun Gong practitioners from Thailand reported me to the Thailand police and asked them to catch me.

On October 2003, while I was by the riverside and distributed Falun Gong flyers to Chinese tourists, two plainclothes policemen closed in around me, chased me down and forced me onto a motorcycle ride to a police station.

They did not find my passport so they put me in immigration detention center.

At immigration detention center, the UN gave me a second interview.

This time, the UN officer made sure to tell me: we are an independent organization, not an office for Falun Gong.

After that: I am under UN protection. Thank God!

After 19 months wait, I was accepted as a Falun Gong refugee by the United States of America.

4

## 2. Falun Gong organizations put pressure on my family, leading to my divorce.

Falun gong organizations exchange information with each other and send misleading information to US intelligence information system

My destination was Richland Washington, USA.

I took an airplane to USA from Thailand on July 12, 2005.

But when I was waiting for transfer at New York JFK airport, an officer from World Relief Organization told me: someone called them and told them that my fiancée, Yuhua Dong, wanted me go to Fort Worth Texas. Since I do not have any other relationships in the US and she is the only person I know in America, I considered it and changed planes to Fort Worth.

I married Yuhua Dong in Fort Worth, TX  on 08/16/2005.

Because she is a Falun Gong practitioner too, she loves Falun Gong and stays within Falun Gong circle, in this way, she met more Falun Gong practitioners in Dallas.

When we went to Dallas to study *Zhuan Falun*, we found most people did not believe us and discriminated against us.

So we decided to move to another state to find a peaceful place.

5

We moved to Temple City California on January of 2006.

We found a local place to exercise with Falun Gong practitioners at a park.

But it was obvious that everybody tried to sit far away from us and gossiped about us.

One Falun Gong practitioner privately told me: Youfu Li, the coordinator of Southwestern Falun Dafa Association held a meeting with all the Falun Gong practitioners and announced that old power sent a spy to the west, that we cannot accept him and everybody must keep a distance with him. Anybody who smiles and gives any help to him will also be deemed as a special agent from China hiding in our circle.

For example, there was a person named Gu who was kind to us. Youfu Li said he is a veteran special agent hiding in this circle for a long time, and stayed here until I come to get in contact with me.

We moved to find a peaceful place, but US Southwestern Falun Dafa Association treated us even worse.

So Yuhua Dong cried a lot and did not want stay with me.

She said I give her too much pressure and I affected her normal life.

We got divorced after one year of marriage.

6

I spent two lonely years of life after Yuhua Dong left me.

That was the worst time in my life.

From that time on, I never go to any Falun Gong organization again.

I even wrote an email to minghui.org that I am not a special agent from the Chinese government. But they did not believe me.

Because minghui.org is a secret organization within the Falun Gong system, nobody knows who works for it, what kinds of people they are, nor how many people work for it.

## 3. Started new family, but still persecuted by the information system.

I met my wife Min Xu in 2009 and got married on 11/23/2009.

Something very strange happened to our family.

In 2011, we got into a hit-and-run accident in Brooklyn.

When we walked across to a street, a car hit my wife and just drove away.

On 2012, we got into another car accident in Flushing.

My wife almost was murdered in Navy camp.

She served in the Navy on December of 2013. Some people wanted to kill her in boot camp.

I was poisoned in my apartment.

Min Xu got into another car accident in Baltimore, and then another car accident in DC.

On May 2017, I wanted to go to the annual Fa Sharing Conference, so I emailed Quan Sha, a Falun Gong leader in Brooklyn, but she never answered me.

I made a phone call to Rong Yi, the head leader of Northeastern Falun Gong organization, but she rejected my call.

I then hid my caller ID and called Rong Yi again, she answered me this time and told me: YOU ARE ON THE BLACK LIST OF FALUN GONG HEAD OFFICER YANG SUN.

Rong Yi had previously been employed by Embassy of the People's Republic of China.

I thought it over, and at last I understood what happened: minghui.org is a public organization; it announced that I am a special agent and everybody believed it. Some Falun Gong practitioners distributed minghui.org articles to public relations.------ A2.

False reports  mislead  many people's awareness and thoughts ,
even those close friends.---A3.

They even exchanged information with the FBI to prove I am a
special agent.

So the FBI took on a long term investigation of our family. They
even created my dreams and checked my background.

What has been done by minghui.org and Falun Gong
Associations affects my life seriously.

As of above description, Falun Gong organization told a big fat
lie all over the world.

Minghui.org and Zhengjian.org are Falun Gong media outlets.
Falun Gong claims to have one hundred million believers. When
persecution of Falun Gong started, practitioners widely
disseminated information from minghui.org. Falun Gong
Buddha Associations dispersed false information to various
communities as well as FBI and US intelligence agencies for as
long as 14 years. Without confirming the truth, their reckless,
irresponsible behaviors caused tremendously harm and
irreversible damaged to my reputation. I am not famous, but
they fabricated truth on public media outlets. This is enough
grounds for defamation, libel and slander. So I ask for 1.4 billion
dollars payment from minghui.org for physical harm and
emotional damage inflicted upon me; 300 thousand dollars

from zhengjian.org; 100 thousand dollars from head of Falun Gong Buddha Association Ye Hao; and 1 million dollars each from Rong Yi, Yi Cai, YouFu Li and SengYang.

While in California in 2006, I wrote a letter to minghui.org to explain to them that I am not a Chinese Communist Party special agent. They ignored me.

I wrote to minghui.org once again in 2015 and informed them if they do not remove false reports which defame me, I would seek justice in court. They still turned a deaf ear.

Both minghui.org and Falun Gong Buddha Association have been oblivious to my requests; posting my photo and personal information on public Falun Gong media outlets without checking the facts; insulting and harming me, my family, as well as damaging my career and severely affecting my future. Hence, I earnestly request the court to clarify the facts; bring justice to the truth; and punish those people responsible and relevant organizations.

Plaintiff Print Name:                    Plaintiff signature:

Renxiong Huang

Date:

- Falun Dafa Books:
  - Read Online
  - Purchase



A1-1

OK

中文 | Other Languages

- Home
- About Dafa
- News & Events
- Persecution
- Propaganda
- Karma & Virtue
- Cultivation
- Culture
- Materials
- Reference

## Site Map expand

### About Us

- Contact Us
- About Minghui
- Archive
- Subscribe
- Links
- Languages

### About Dafa

- Introduction to Falun Dafa
- Health Benefits
- How to Learn
- What is Falun?
- Early Days in China

### News & Events

- o <u>Rallies & Protests</u>
- o <u>World Falun Dafa Day</u>
- o <u>April 25 Events</u>
- o <u>July 20 Events</u>
- o <u>Art & Photo Exhibits</u>
- o <u>Shen Yun Performing Arts</u>
- o <u>Other Community Events</u>
- o <u>Falun Dafa in the Media</u>
- o <u>Opinion & Perspective</u>
- o <u>Greetings</u>

**<u>Persecution</u>**

- o <u>Overview of persecution</u>
- o <u>Why is Falun Dafa Persecuted?</u>
- o <u>Deaths</u>
- o <u>Organ Harvesting</u>
- o <u>Torture</u>
- o <u>Imprisonment & Forced Labor</u>
- o <u>Accounts of Persecution</u>
- o <u>Disappearance</u>
- o <u>Persecution Outside China</u>

**<u>Propaganda</u>**

- o <u>Peaceful Appeal of April 25, 1999</u>
- o <u>1,400 Alleged Deaths</u>
- o <u>Self-Immolation Hoax on Tiananmen Square</u>
- o <u>More Propaganda</u>

**<u>Karma & Virtue</u>**

- o <u>Good is Rewarded</u>
- o <u>Evil Meets with Evil</u>
- o <u>People in China Awaken to the Truth</u>
- o <u>Grassroots Resistance in China</u>
- o <u>Voices of Support Worldwide</u>
- o <u>Prosecuting Jiang Zemin</u>
- o <u>Lawyers and Lawsuits</u>
- o <u>Solemn Declarations</u>

**<u>Cultivation</u>**

- o <u>Beginning Cultivation</u>
- o <u>Improving Oneself</u>
- o <u>Journeys of Cultivation</u>
- o <u>Clarifying the Truth</u>
- o <u>Standing Up for Falun Dafa</u>
- o <u>Young Practitioners' Experiences</u>

- Falun Dafa's Divine Power
- Returning to Cultivation
- Sending Righteous Thoughts
- Experience Sharing Conferences
- China Fahuis on Minghui.org
- Articles with Master Li's Comments

**Culture**

- Traditional Culture
- Music & Art

**Materials**

- Podcasts
- Videos
- Flyers and Handouts
- Bi-monthly newsletter
- Minghui Books

**Reference**

- Master Li's Recent Articles
- Editorials & Notices

Home > Persecution > Accounts of Persecution

# Latest News from China - 7/29/2003

August 18, 2003

July 28, 2003

**Clearwisdom.net**

1. [Yushu City, Jilin Province] Dafa Practitioner Xu Guiliang and His Wife are Sentenced to 11 and 13 years of Imprisonment, Respectively
2. [Changchun City, Jilin Province] Heizuizi Labor Camp Officials Force Dafa Practitioners to Make Crafts for Export
3. [Chengdu City, Sichuan Province] Chengdu City's Military District Personnel Order a Hospital to Fake Health Report
4. [Handan City, Hebei Province] More Than 60 Falun Gong Practitioners are Detained at Handan City Forced Labor Camp
5. [Quzhou County, Hebei Province] Arrest of Dafa Practitioner Zhang Fengling and His Wife
6. [Wuhan City, Hubei Province] Police Arrest Dafa Practitioner Zhang Chenyao from Xinzhou County
7. [Chengdu City, Sichuan Province] Some Personnel from Luodai Town, Longquanyi District Who Persecute Dafa Practitioners

8. [Guangzhou City, Guangdong Province] Personnel from "610 Office" Arrest Dafa Practitioner Wang Hongfa
9. [Northern China] Dafa Practitioners Successfully Hold an Experience-Sharing Conference Around July 20, 2003
10. [Daqing City, Heilongjiang Province] Dafa Practitioners Zhang Zhong, Zhu Hongbin, Zhang Huiyu and Wang Jie Stage Hunger Strike to Protest Persecution
11. [Zizhong County, Sichuan Province] Personnel at the Nanmusi Forced Labor Camp Persecute Dafa Practitioner Fu Tianlu by Holding Her Indefinitely
12. [Shulan City, Jilin Province] Dafa Practitioner Ms. Wang Yaying from North Jishu Town, in Her 50's, Is Arrested Around June 26, 2003.
13. [Chaoyang City, Liaoning Province] Police from the Chaoyang Forced Labor Camp Torture Determined Dafa Practitioners with Excruciating Means
14. [Jiujiang City, Jiangxi Province] Labor Camp Perpetrators Torture a Practitioner
15. [Pingdingshan City, Henan Province] "610 Office" Personnel Sentence Practitioners at Will
16. [Huhehaote City, Inner Mongolia AR] Police Pour Hot Water on Practitioners
17. [Chifeng City, Inner Mongolia AR] Arrest of a Practitioner's Family Members
18. [Pingdu City, Shandong Province] Arrest of Practitioners
19. [Luushun City, Liaoning Province] Arrest of Practitioners
20. [Guizhou City, Yunnan Province] Arrest and Abduction of Dafa Practitioner Ms. Song Yuanya into Guiyang City's Lannigou Brainwashing Center
21. [Kaiyang County, Guizhou Province] Records of Deeds of Lawless Policemen Huang Gejian and Yang Mingjiu, who are Persecuting Dafa Practitioners
22. [Dalian City, Liaoning Province] Lawless Police Officers Destroy Three Dafa Materials Production Sites
23. [China and Thailand] "Huang Renxiong" is a Special Agent Deceiving Dafa Practitioners in Mainland China and Thailand (Photos)

## 1. [Yushu City, Jilin Province] Dafa Practitioner Xu Guiliang and His Wife are Sentenced to 11 and 13 years of Imprisonment, Respectively

Police arrested Dafa practitioner Mr. Xu Guiliang and his wife for practicing Dafa, and they were brutally tortured during detention. Because they firmly refused to give up their belief in "Truthfulness-Compassion-Forbearance," they were sentenced to 11 and 13 years of imprisonment, respectively. Currently they are being detained at Wuchang City's No 1 Detention Center in Heilongjiang Province.

## 2. [Changchun City, Jilin Province] Heizuizi Labor Camp Officials Force Dafa Practitioners to Make Crafts for Export

The authorities from Changchun City's Heizuizi Labor Camp force Dafa practitioners to work from 5:00 a.m. to 9:00 or 10:00 p.m. every day without a noon break, to make crafts for export. Recently, as some practitioners had diarrhea, practitioners were allowed to rest for 30 minutes at noon. When inspection officials come, the labor camp authorities order practitioners to do their work in dormitories. They remove finished products through the back door.

## 3. [Chengdu City, Sichuan Province] Chengdu City's Military District Personnel Order a Hospital to Fake Health Report

In order to try to force Dafa practitioners to renounce their faith, in June and July 2003, Chengdu

City's Military District police transferred Dafa practitioners Ms. Zhou Lin and Ms. Zhao Wenjie. These two ladies had been detained at the Political Section of the Military District for over a year. The perpetrators moved them to Zizhong City's Nanmusi Female Labor Camp for further persecution. Practitioner Zhao Wenjie held a hunger strike from late April to early June to protest the persecution, so she was very weak. During a physical examination she was found to be in very poor health, and the Nanmusi Female Labor Camp officials refused to accept her. Then officials from the Military District took her to another hospital for examination and directed the doctor to make a fake, good health report so they could send her to the labor camp.

## 4. [Handan City, Hebei Province] More Than 60 Falun Gong Practitioners are Detained at Handan City Forced Labor Camp

Currently, more than 60 Falun Gong practitioners are being detained at Handan City Forced Labor Camp. Police guards collected the practitioners together for forced brainwashing. Every day they forced practitioners to listen to Dafa-slandering messages and misinterpretations of Dafa.

## 5. [Quzhou County, Hebei Province] Arrest of Dafa Practitioner Zhang Fengling and His Wife

On June 30, in collusion with Handan City's police personnel, officers from Quzhou County Police Department in Handan City, Hebei Province illegally arrested Dafa practitioner Mr. Zhang Fengling and his wife. Their current whereabouts are unknown.

Ever since Jiang's group began persecuting Falun Gong, hundreds of Dafa practitioners have been detained at Quzhou County Police Department. More than 20 practitioners were sent to labor camps, their homes were ransacked and they were fined. Many practitioners' families became destitute because of the persecution. Qiao Linghuai, a thug who took part in the persecution even said, "See! Falun Gong practitioners' families are all poor." Qiao has been promoted from head of the local police station to chief of the Political and Security Section of the county police department because of his participation in the persecution against Falun Gong.

## 6. [Wuhan City, Hubei Province] Police Arrest Dafa Practitioner Zhang Chenyao from Xinzhou County

Dafa practitioner Zhang Chenyao from Fangyang in Xinzhou County was forced to leave home in November 2001 to avoid illegal arrest. On July 12, 2003, he went home to fix the leaking roof on his house, but the local police arrested and sent him to a detention center.

## 7. [Chengdu City, Sichuan Province] Some Personnel from Luodai Town, Longquanyi District Who Persecute Dafa Practitioners

Since July 20, 1999, policemen in Luodai Town, Longquanyi District have been persecuting Dafa practitioners by ransacking their homes, forcing them to hand in fines and following them wherever they go. Two female practitioners were regarded as "key" figures and were forced to leave home and live in exile; they have been detained several times. Three Dafa practitioners were sentenced to imprisonment and have been detained again and again.

Responsible personnel who participated in the persecution:

Personnel from the town's government: Zeng Tianyan (cell phone: 86-13708178046), Cao Xiangqing, Zhong Yun, Huang Kui and etc.

Policemen from Luodai Town's Police Station (office phone: 86-28-84893676): Luo Yikun, Chen

Lin, Chen Wu and etc.

## 8. [Guangzhou City, Guangdong Province] Personnel from "610 Office" Arrest Dafa Practitioner Wang Hongfa

Practitioner Mr. Wang Hongfa and his family were forced to leave home to avoid persecution. They had to find temporary jobs to support themselves. Recently, personnel from "610 Office*" in Zhongshan City arrested Hongfa. He is now held at a detention center. Their current situations are unknown.

## 9. [Northern China] Dafa Practitioners Successfully Hold an Experience-Sharing Conference Around July 20, 2003

Around July 20, 2003, Dafa practitioners from a certain place in China successfully held an experience-sharing conference. In the past four years, no matter how perilous the situation was, Dafa practitioners have persevered sturdily in validating Dafa, clarifying the facts and saving sentient being; their belief in Truthfulness-Compassion-Tolerance has never altered a bit. During the two-day conference, they studied Teacher's recent lectures and *Zhuan Falun*, and shared experiences. Practitioners had in-depth sharing on righteous thoughts and righteous actions (from the perspectives of security, righteous thoughts and spending money), finding one's attachments, getting rid of one's loopholes, and cooperating as one body, and gained a clearer understanding on the Fa. The conference was filled with compassion and serenity. Some were moved to tears when hearing others' experience sharing. Gaps amongst practitioners disappeared in this righteous field. Practitioners achieved better coordination on specific Fa-rectification work. The conference was a great success.

## 10. [Daqing City, Heilongjiang Province] Dafa Practitioners Zhang Zhong, Zhu Hongbin, Zhang Huiyu and Wang Jie Stage Hunger Strike to Protest Persecution

Mr. Zhang Zhong and Mr. Zhu Hongbin are currently detained at Daqing City's Hongweixing Prison. In order to resist persecution, they are now staging a hunger strike. Zhang Zhong has been on strike for 6 days and Zhu Hongbin 11 days.

Mr. Zhang Huiyu staged hunger strikes 4 times after being arrested at a materials production site in Shenyang City in 2002 and sentenced to prison terms afterwards. At present, he is being transferred to Liaoning Province's Jinzhou Prison.

In October 2002, Ms. Wang Jie and Mr. Cai Shaojie were arrested in Tieling City, Liaoning Province. In 2003, they were sentenced to 7 years and 4 years imprisonment, respectively. They were recently sent to Shenyang City's Dabei Prison. Wang Jie has been staging a hunger strike for nearly a month. She was force-fed multiple times and her life is now in great danger.

## 11. [Zizhong County, Sichuan Province] Personnel at the Nanmusi Forced Labor Camp Persecute Dafa Practitioner Fu Tianlu by Holding Her Indefinitely

Ms. Fu Tianlu used to be an employee of Ziyang City's Internal-Combustion Engine Factory Affiliated Hospital. The police in Yanjiang District, Ziyang City sentenced her to two years of forced labor for persisting in practicing Dafa. She is now detained at the No.7 Team in Zizhong City's Nanmusi Women's Forced Labor Camp. During detention, Fu firmly believes in Dafa and Teacher and refuses to give up her belief. Her term expired on July 18, 2003; however, the personnel at the forced labor camp refused to release her, saying that they won't release her until she is "transformed." Fu weighed 120 Jin (approximately 132 pounds) before being sent to the forced labor camp, but she

now only weights 70 Jin (approximately 77 pounds) and she is extremely weak.

In addition, Teams 7, 8 and 9 are places for holding Dafa practitioners. Their phone number is unavailable now.

Phone number of Fu Tianlu's work unit: Headquarter Office: 86-832-6282652 / 86-832-6282542.
Phone number of the factory's police station (610 Office): 86-832-6282807.
Phone number of the hospital: 86-832-6282082.

### 12. [Shulan City, Jilin Province] Dafa Practitioner Ms. Wang Yaying from North Jishu Town, in Her 50's, Is Arrested Around June 26, 2003.

### 13. [Chaoyang City, Liaoning Province] Police from the Chaoyang Forced Labor Camp Torture Determined Dafa Practitioners with Excruciating Means

On April 27 or 28, 2003, in the No.4 Division of Chaoyang Forced Labor Camp (on the second floor), Dafa practitioner Mr. Yang Xiufan shouted "Falun Dafa Hao" (which means Falun Dafa is Good) in the washroom. Practitioners Mr. Ni Junhua and Mr. Liu Xue refused to write the so-called "Transformation Statement." They were then taken to a committee office by three policemen, including Qi Yongshun (brigade leader) and Gao Zhiguo (squadron leader). They were shocked with several electric batons at the same time. Their whole bodies were covered with bruises and blisters.

Phone number of the duty room of Chaoyang Forced Labor Camp: 86-421-3300236.

### 14. [Jiujiang City, Jiangxi Province] Labor Camp Perpetrators Torture a Practitioner

Practitioner Mr. Yang Zhongwen protested the persecution and he was hung up for a day and a night because he refused to wear the uniform and criminal ID badge.

Jiujiang City Labor Camp Phone Number: 86-792-8366666

### 15. [Pingdingshan City, Henan Province] "610 Office" Personnel Sentence Practitioners at Will

Recently, personnel from Pingdingshan City "610 Office" immediately sentenced practitioners who were arrested to forced labor for distributing Dafa truth-clarifying materials. On June 1st, practitioner Ms. Sun was arrested when she distributed Dafa-truth clarifying materials and was immediately sentenced to four years of forced labor.

Phone numbers:

The Political and Judiciary Committee in Pingdingshan City/Henan Province: 86-375-2990610
Director Office phone number: 86-375-2905175, 86-375-2928230, 86-375-2937189
Office: 86-375-2921171
Social Security Comprehensive Administration Office: 86-375-2905173
Pingdingshan City Police Office Phone Number: 86-375-2924113, 86-375-2924123
The Forced Labor Camp: 86-375-3932884

### 16. [Huhehaote City, Inner Mongolia AR] Police Pour Hot Water on Practitioners

On April 5 2002, Du Li, a policewoman from Huhehaote City Forced Labor Camp, poured hot water on the back of practitioner Ms. Pan Yunhui to torture her.

### 17. [Chifeng City, Inner Mongolia AR] Arrest of a Practitioner's Family Members

On June 30, 2003, in collusion with local policemen, "610 Office" personnel from Kelaxinqi Matiyingzi Township in Chifeng City, Inner Mongolia's Autonomous Region started to arrest practitioners. Four practitioners were arrested and taken to a brainwashing center, and four practitioners were forced to leave home to avoid further persecution. One of the practitioners sent out strong righteous thoughts and her family members also resisted the policemen who tried to arrest her. This practitioner went away from home to avoid the persecution. A couple of days later, personnel from the "610 Office" came to her home several times to threaten her family members to tell them her whereabouts. On the evening of July 13th, three of her family members were arrested, even though they were not practitioners.

The police who participated in the arrest and the list of names of the "610 Office" personnel:

Zhang Hua, Li Qingwen, Zheng Yi, Wang Zexiang, Zhao Guofa, Zhao Zhigang, Zhao Hongwei. (Others' names are unknown)

### 18. [Pingdu City, Shandong Province] Arrest of Practitioners

At 1:00 p.m. on July 19, 2003, personnel from Pingdu City "610 Office" arrested practitioner Mr. Zhang Shengguo and his wife, who are from Diaoyutai Village in Yunshan Town, while they were buying apples. These persons also arrested practitioner Mr. Qu Yuanyou from home.

### 19. [Luushun City, Liaoning Province] Arrest of Practitioners

On July 15th, the police arrested a practitioner from Baifeng Village, Tieshan Town, Luushun City, Liaoning Province, and three other practitioners from Tieshan Town. They were first detained at Luushun City's Shennong Hotel, and then were sent to the fifth and sixth floors of the Linhai Hotel located at Heishijiao of Dalian City. A total of twenty practitioners are detained there. The windows are barred with metal rods. Each practitioner was detained in one room, monitored by two or three people. Right now, three practitioners are staging a hunger strike, including Ms. Tian from Tieshan Town.

### 20. [Guizhou City, Yunnan Province] Arrest and Abduction of Dafa Practitioner Ms. Song Yuanya into Guiyang City's Lannigou Brainwashing Center

Ms. Song Yuanya, 34 years old, deals with disposing of water in the Guizhou Hotel.

In May 2002, her unit forced her to write the so-called "guarantee statement**or she would be sent to a brainwashing center. So she had to give up her work and leave home to avoid persecution.

In May 2003 after a colleague learned where she lived, this colleague was deceived by their unit and brought some personnel to find her. They forcibly took her to Guiyang City's Lannigou (in Jinzhu Town) Brainwashing Center. But soon after she arrived there, Song went on a hunger strike. Her current situation is unknown.

Phone number of Song Yuanya's work unit: switchboard: 86-851-6822888, 6823888, 6824888 ext. 3116

Chief Manager's Office: 86-851-6680423

### 21. [Kaiyang County, Guizhou Province] Records of Deeds of Lawless Policemen Huang

**Gejian and Yang Mingjiu, who are Persecuting Dafa Practitioners**

Huang Kejian and Yang Mingjiu trampled the freedom of belief and human rights of Dafa practitioners. Due to their despicable persecution against firm Dafa practitioners, one practitioner has been sent to a forced labor camp; several have been illegally detained. They also tightly monitor Dafa practitioners and search practitioners' houses at will. They send firmly committed Dafa practitioners to forced labor camps, forcing their work units to fire them or suspend their salaries to force them to sign the "Three Statements***"

## 22. [Dalian City, Liaoning Province] Lawless Police Officers Destroy Three Dafa Materials Production Sites

On July 17, policemen from the National Security Team in Dalian City's Zhongshan Police Precinct destroyed three Dafa materials production sites in succession. Dafa practitioners Ms. Ren Yazhi, Mr. Yu Xinhua, Ms. Dong Meiyan, Mr. Sun, an engineer and a female Dafa practitioner were arrested. Machines and cash worth over one hundred thousand Yuan**** were confiscated.

Mr. Sun was detained at the Tianjin Street Police Precinct, and the other four practitioners were sent to the Yaojia Detention Center. Because of "disqualification during medical check-up," Ren Yazhi was released. But after she was released, she didn't calm down to study the Fa enough and discover hidden attachments that led to the previous losses, and she hurriedly began to reorganize a new material production site. What she did made it easier to provide clues for policemen to continuously destroy more Dafa materials production sites . We hope Dafa practitioners in Dalian City will send forth righteous thoughts to eliminate the evil in other dimensions while seriously paying attention to security issues. Let's treat security seriously!

## 23. [China and Thailand] "Huang Renxiong" is a Special Agent Deceiving Dafa Practitioners in Mainland China and Thailand (Photos)



Huang Renxiong, born on September 21, 1973
Name on passport: Zhang Guangfa
Passport number: G05758117
Refugee ID under application No: 17018
Home address: No.4 Jianshe Street in Qingshan District, Wuhan
City, Hubei Province, China

A 1~1

In May 2003, Huang Renxiong came to Thailand from Mainland China and presented himself as a Dafa practitioner in order to deceive local practitioners. In both Thailand and China, some practitioners who didn't deeply understand the Fa were deceived. His behavior has severely disturbed practitioners' cultivation practice. We hope those practitioners who were deluded by him will become clear minded as soon as possible, treat the Fa as teacher, eliminate attachments to fame, personal interest and sentimentality, and become righteous practitioners once again.

Dafa practitioners in Thailand

July 25, 2003

**\*610 Office**: *an agency specifically created to persecute Falun Gong, with absolute power over each level of administration in the Party and all other political and judiciary*

**The so-called "Guarantee Statement"** is *a statement to declare that he or she is remorseful for practicing Falun Gong and guarantees not to practice Falun Gong again, not to go to Beijing to appeal for Falun Gong, and never again associate with any Falun Dafa practitioners.*

***Three statements:*** *Practitioners are coerced under brainwashing and torture to write these as proof that they have given up their belief. Created by the "610 Office," three statements consist of a letter of repentance, a guarantee to never again practice Falun Gong, and a list names and addresses of all family members, friends and acquaintances who are practitioners.*

****Yuan:** *500 Yuan is the average monthly income in urban areas of China.*

Chinese version available

Category: Accounts of Persecution

Related Articles
- Heyuan Practitioner's Case Retried After Appeal Upheld
- Couple from Heilongjiang Province Arrested and Tortured
- Family Learns of Man's Prison Sentence 7 Months after His Conviction
- Falun Gong Practitioners Abused at Shayang Prison, Hubei Province
- Hebei Man Arrested for Requesting Information about Extra-legal Agency Responsible for His 11-Year Prison Sentence
- Additional Persecution News from China – June 8, 2017 (20 Reports)

Previous

"The Brutal Torture in the Tumuji Forced Labor Camp in Inner Mongolia, and the Unyielding Determination of Falun Dafa Practitioners Detained There (Part 1 of 2)"

Next

"Practitioner Li Xiaoying From Chenzhou City, Hunan Province Has Been Missing for Over Two Years After Her Arrest"

## Self-Immolation Hoax

**Video**



## Video: A Decade of Courage

**Video**



## About Us

- Contact Us
- About Minghui
- Archive
- Subscribe
- Links
- Languages

## About Dafa

- Introduction to Falun Dafa
- Health Benefits
- How to Learn
- What is Falun?
- Early Days in China

## News & Events

- Rallies & Protests
- World Falun Dafa Day
- April 25 Events
- July 20 Events
- Art & Photo Exhibits
- Shen Yun Performing Arts
- Other Community Events
- Falun Dafa in the Media
- Opinion & Perspective
- Greetings

## Persecution

- Overview of persecution
- Why is Falun Dafa Persecuted?
- Deaths
- Organ Harvesting
- Torture
- Imprisonment & Forced Labor
- Accounts of Persecution
- Disappearance
- Persecution Outside China

## Propaganda

- Peaceful Appeal of April 25, 1999
- 1,400 Alleged Deaths
- Self-Immolation Hoax on Tiananmen Square
- More Propaganda

## Karma & Virtue

- Good is Rewarded
- Evil Meets with Evil
- People in China Awaken to the Truth
- Grassroots Resistance in China
- Voices of Support Worldwide
- Prosecuting Jiang Zemin
- Lawyers and Lawsuits
- Solemn Declarations

## Cultivation

- Beginning Cultivation
- Improving Oneself
- Journeys of Cultivation
- Clarifying the Truth
- Standing Up for Falun Dafa
- Young Practitioners' Experiences
- Falun Dafa's Divine Power
- Returning to Cultivation
- Sending Righteous Thoughts
- Experience Sharing Conferences
- China Fahuis on Minghui.org
- Articles with Master Li's Comments

## Culture

- Traditional Culture
- Music & Art

## Materials

- Podcasts
- Videos
- Flyers and Handouts
- Bi-monthly newsletter
- Minghui Books

## Reference

- Master Li's Recent Articles
- Editorials & Notices

© Copyright Minghui.org 1999-2015

  

●●○○○ Verizon 🛜 15:47

法轮大法(法轮功)明慧图片网 Official Site

photo.minghui.org




明慧图片网

    



     

   

  

存中劍 › Public

Nov 9, 2015 ⋮

Right View is the line
Author: keep the sword

Not long ago I was walking down the streets of Flushing, New York, heard someone calling my name. Looked back, Po Chai fair old stuck his head out from a car. Long time no see, he has changed a red car. I got asked how he just ended a few days ago in Los Angeles Fa Conference Master said. He casually perfunctory few words, I can see this is not obvious meaning.

This time he was looking for me to talk about law will mainly Epoch Times recently published two feature articles that "trying to save the national crisis Xi Jinping and other Chinese Communist leaders of different" and "abandon the CCP, Xi Jinping is expected to leaving a legacy," he said, these two special the Epoch Times is a draft master responsible for carrying out out, I said such a big thing not a media person in charge can be finalized, the person in charge did not so bold son. He said himself a few days ago and had an informal discussion with the editor of The Epoch Times, he asked the editor of these two articles is not the master himself confessed, the editor said that the person in charge to convey. He still insisted said that media executives leave the decree. How can leave the decree makes the whole world knows of? I think he was hot-headed, no longer a reason.

Nevertheless, I appeal to reason, I hope he can reason together. I say these two feature articles in The Epoch Times is the capital. He said that they under a lot of bets. I said, holding the Epoch Times in the past decade Hu Jintao, the results come to nothing. If Xi Jinping let this fall Epoch Times, who believe in the future Epoch? The media, what credibility? Even if the person in charge did not do, after all, there are so many participants in the media. I think on key issues Master does not matter, and the Epoch Times, said that two feature articles are the key to history. Surprisingly, he excited, and said he knew three years ago Epoch impossible to do. I thought you was a made insurance, do your own insurance on the line, the media did not make into the system and you what though? You are not the person in charge of The Epoch Times, nor Epoch Times staff.

The results Huabutouji naturally broke up. I know where his heart was, he still does not fit their emperor dream. He thinks he is the protagonist of this history Dhamma first drama, so after the disintegration of the CCP is the only Chinese emperor when he came, he came to this world only to sit, so to Xi Jinping as a



I think Master wrote in a poem: "? Seoul want it to be, sadly ridiculous, France being the main dome, what things escape" Seeing him so obsessed with the throne, my heart really feel sad and funny, I did not expect "Dragon" in the Murong Fu in front of me, but fortunately he was just Baochai husband's cousin rather than swallows.

In the car he told me recently to show off their "Wulong Fei" the pen name published two articles on reincarnation Zhengxian Wang, a Flirting is about, and the other one is on Fourteen son of Emperor Kangxi. After Zhengxian Wang said the article published many practitioners come to him, admire him and so, he seems to enjoy the feeling of such a network of large V. I know that all these years he has published on Zhengxian Wang numerous articles about reincarnation, has said that he is King Zhou, also said he was Xiang Yu, also said he was fourteen son of Emperor Kangxi, in short, put against him the history of all blame the old forces changed the history of the master to be finally carried out of the Patriarch's name first, unofficial history with fiction to prove Mingsheng Zu of the world should pass him the fourteen sub, so this life he want to be emperor, sitting on the world, this is what he wanted. He also boasted that he only published an article in Zhengjian Wang, implying that ridiculed my article on the social networking site only in the corner of an obscure years, not so much supernatural powers in Minghui, Zheng Jianwang authority sites in the eyes of these students have a place.

King Zhou of the triumphant face, I thought, "Lan Cao."

Do not mine and wear, what injury in Portland?
To date in years, the Bank Quartet.

I heard Baochai husband at the Los Angeles law intends to make in recent trainees, including Taiwan students to them to promote their fourteenth child of Emperor Kangxi in the history of this world is to be passed to him, so the Chinese can not be elected president Xi Jinping only he Huangren Xiong. Of course, his character certainly will not forget to tell others published articles on reincarnation Zhengxian Wang big V "Wulong Fei" is his own, in order to obtain the trust and admiration of fellow practitioners.

Today I saw an article entitled "deviate from the negative effects of the law on the words and deeds do not give the market" on Zhengjian Wang, very well. This reminds Huangren Xiong said that he had been Minghui labeled as "spies" hats, they search a bit with "Huang Renxiong" the name on Minghui, results found a "fraud in both the mainland and Thailand spy "Huang Renxiong" ", with his own photographs, which reads as follows:



A2-1




mainland China have a deep study of law is not being taken seriously interfere with the practice of students.
During the 2003 Act will be in Washington this person has been identified as spies.
He wants to be confused students wake up early to France as a teacher, put down the persistent world fame and love of the heart, stand up to do a cultivator, take a good future path.

The Department is following dates in 2003, now he is a US citizen, every law would have participated, but also on the Zhengxian Wang became a V.

His current wife is a school girl when I was in Hangzhou University, Hangzhou University is one of the oldest students are successfully implemented in 1996, we are doing the exercises together at Hangzhou University practice site, and I can prove this.

When I first came to the United States four years ago they had a son, a past few years they have a daughter and a son. Before getting married Dafa Association who once Baochai looking to talk, she knew the other was named Minghui spy, but still choose to believe their own President, I think their three children will be the future of China, the United States and Russia leaders I believe that never ending Dream of Red Mansions. Visible emotion Bunengtidai reason, does not fit the situation of persistent world fame only lifelong missed the heart.

November 9, 2015

Show original text

+1　3

  1　⤳

Shared publicly　•　View activity

 **Liusong Ding**　　　　　　　　　　　　　　　Apr 7, 2016
Zhejiang University? We know?

Show original text

 Add a comment...

A2

 存中劍 ▸ Public                                    Nov 14, 2015  ⋮

Saber
Author: keep the sword

 Recently Aung San Su Kyi's party won a landslide victory in Burma's general elections, Myanmar change of weather. However, Aung San Su Kyi on her own power and position statement on the president's cause widespread criticism of the outside world. This reminds me of the legend of the dragon of Myanmar. Said that there is a dragon in the village have to sacrifice a virgin from the dragon against Myanmar annually to a village near the dragon. Every year, the juvenile warriors to kill the dragon, are all never came back. Some times someone quietly followed, found teenagers killed the dragon, because Lair in the coveted treasure from the greedy and be turned into a magic dragon. I realized the old cosmic objects such as updates on the human body cell division, as long as the old law of the universe, the universe is the same old genes, the new splinter cell or cells in the old universe. As long as the young seek to kill the dragon dragon treasure and will become a dragon.

 Because of past school girl on the Hangzhou University Xu Min practice site, I came to the United States met her husband Huang Renxiong. Huang love to show off his time in jail in Thailand immigration jail in another dimension "large Happening gate array" experience, said he was Zongbao history, his ex-wife Mu Guiying, said he is the Monkey King, Jesus, is Muhammad, is Dole, is a celebrity in the history of Napoleon and so on. Huang think that you can break for a "front door" is the greatest achievement in the Dhamma, after which he finds himself is the future of the main new universe, but also the collapse of the evil Party of China, "the emperor." After 2004 came to the United States, he believes that "Heavenly Gate Array" has been broken, Dhamma soon be over.

 Master Huang Renxiong has been pointed out before that spy, so his ex-wife has always wanted to leave Phoenix side of this spy. According to Huang Renxiong couple said, when Phoenix restaurants do serve in the United States and get to know her husband now, who is a frequent Western practitioners seen on the set of Zheng Jianwang, when he was not a disciple. Because Phoenix's fate, he into Dafa cultivation, the two married.

A2-2 

 Unwilling to pregnant spy kids, came to the US after Phoenix went to the hospital installed IUD. Huang later divorced and married with Western practitioners and who was pregnant with his child. Huang Renxiong once said to



"righteous thoughts", they are the couple quarreling. He thinks these are the ability, but to my ear, but it is the magic of big hair, simply do not see themselves as cultivators, this new life can become the main future of the universe?

Last year, Huang Renxiong with me, and when dinner with two other fellow practitioners talking about his ex-wife's husband, he said that Western practitioners are members of the American special forces, have encountered an ambush in the East China Sea on a secret mission, companion all were killed, and finally master as he blocked the shot deadly sinking of a bullet, he was able to survived, returned to the United States after the unit became a celebrity. Huang said that it was before the master in another dimension to force Huang signed a document to let the Western practitioners. At that time I suddenly remembered, "started the trouble should end it," this argument, we ask Huang who is ordered to kill his rival. Huang admitted that he committed, he said to himself, "This man should be shot dead." Huang and Hu himself has said the same person, I think when Western practitioners who should be in distress in the East China Sea in the Central Military Commission Chairman Hu Jintao period. No sign of the Central Military Commission Chairman, who would destroy the ambush US Special Forces team ah?

After Xi Jinping took office in November 2012, Huang Renxiong not convinced, saying that no such arrangements history, history seems to be listening to the tone of his people Hwang arrangements. With every step after Xi Jinping tigers, tiger Jiang faction blood debt to help arrest the camera, especially the students listen to Xi Jinping said China wanted to be the first democratically elected president, Huang is not too jealous. I have never seen a Falun Gong practitioner to the throne as obsessed as he, the performance almost exactly the same "Paradise Lost," where Jesus is jealous because God is king standing rebellion of Lucifer and partisan. Once Huang actually cursed in front of my face idiot Jiang Zemin, Jiang Zemin curse actually did not you hands to get rid of Xi Jinping, the tone is entirely a gangster men cowboys useless reprimand tone. At that time I thought he Huangren Xiong Jiang Zemin side. Until I put myself and a few other people together to cover the coffin lid Marx told Huang Renxiong this dream happy couple, his wife Xu Min Marx has worked hard to talk about things and argue with me after the event, I found not so much he Huangren Xiong Jiang toad side, river frog might as well say that he is a Marxist side. I want to master the river behind the frog should be the great Satan, in the prophecies of Nostradamus Marxist rule in the world after one thousand nine hundred ninety-nine years ago. Jiang Zemin's persecution of evil atrocities Dafa and Dafa disciples, are the prevailing rule the world of Marx, which is arranged by the Satan in the history of.

A few days ago I wrote articles exposing published articles on him the




the Dragon air shattered. Then I saw the Monkey King as the incarnation of a group of Yaohou, throughout the rebellion violence, shortly after the plane took off suddenly see also falling. These are my dreams have seen. Soon came a Russian flight crashed in Egypt's Sinai Peninsula, the news, the survey shows that terrorists planted the bomb in advance. Later came news of the terrorist attacks in Lebanon led to numerous deaths and injuries. Middle East has always been rampant land of Islamic terrorists, which I did not care too much. Who would have thought last night suddenly saw an explosion in central Paris, France shot dead as many as more than one hundred ninety news, which is the largest of a terrorist attack after the "911" incident occurred the West. So I remembered his dream saw a scene a few days ago, it seems that the terrorist attacks last crazy evil before the recent demise of the world.

November 14, 2015

Show original text

+1   2                                     💬     ⤴ 1

Shared publicly  •  View activity

 Add a comment...

封神榜 作者:存中劍 2015年大熱的《瑯琊榜》是國內電視劇中... Case 1:17-cv-05582-ER Document 1 Filed 07/21/17 Page 32 of 80 https://plus.google.com/113225803796289353336/posts/QoArPGnre





存中劍 ▸ Public                                Nov 16, 2015   ⋮

Gods
Author: keep the sword

 2015 hot "Langya Bang" is the drama of a rare masterpiece, but also these years the only one I can see in the end of the historical drama from scratch. Changing the background to the court of "Langya list" as a "Bing oath night break days" Zhuangge, remind me again spear off the mountains of pride, but also about the Gods of the past and put in front of me.

 Dharma is a historical drama, Dafa disciples, everyone has their own role in the Fa-rectification. In the long river of history, in the lifetimes of reincarnation, this plot lay in each of the last things to do. A few years ago on Zhengjian Wang Xiao Lian documentary serial reincarnation great influence among the participants in that environment was evil still rampant in many students, especially domestic evil bear a lot of pressure for fellow practitioners let's see myself in the glorious history, so to understand the significance of today's Dafa disciples come in lifetimes of reincarnation, played a considerable positive effect. This is also a process of arrangement Fa, someone would write such an article came out in that period. Of course, this can be arranged to play the role of students is not unusual generation. Xiao Lian said he had been in the history of the ten disciples of Sakyamuni in the first Maudgalyayana supernatural powers in his Fa-Su Mingtong function does play a positive role.

 When I embarked on the path of validating the Fa pen soon met online Xiao Lian. I asked him who I was, he said, is Mahakasyapa. In history and he is the fellow, so life is not difficult to connect the edges. Alois was also talking about his late-bloomer in the Gods, I asked him who I was in Gods, he thought for a moment, said Wu Cheng Wang. This is the first time I realized that the relationship between himself and fellow practitioners around the Gods.

 Then I met a fellow, told me many things about Feng Shui and divine culture aspects, greatly broadened my horizons and understanding of Dafa. The fellow said he was emperor. This is the second time I met an important figure in the Gods. The Dhamma practitioners say is the new Gods, Dafa disciples is God on the new Gods. I agree with this argument. I think the CCP persecuted Dafa is the modern King Zhou, participated in the persecution Dafa is evil, but behind the CCP is evil, old universe of high-level old forces to use low-level minions, rotten demons and bad guys in the persecution of Dafa. To stop the persecution



Gods, in fact, King Zhou Wu Cheng Wang's brother, Wu Cheng Wang Huang Fei Huang Feihu King Zhou's sister is around.

After the first time I came to the US to attend puja encountered the enemy at lunchtime. Xu Min is my school girl in Hangzhou Grand period, lower than my term, is the earliest practitioners on the Hangzhou University practice site. When her husband Huang Renxiong told me that reincarnation thing I read the article about the King Zhou Zheng Jianwang is from his hand, he is the King Zhou in history, I think this is a small world. But just a few years, I have encountered late-bloomer, the emperor and King Zhou. And later in the United States met a fellow that he is Nu Wa, I was just with her side of the border, because she said he wanted me to introduce the object did not become acquaintances. Nu Wa in Chinese mythology but with a non-mother earth made man the Chinese nation, but also the god of marriage marriage.

I first came to the United States late last year, met several fellow practitioners, one of the girls knew she was in Gods Rebels, she does look a bit like a boy. Then comes the charm tour in New York, she first came to the United States would like to see the charm of course, but I do not know how to go to New York traffic routes. I just have to see the charm, after a day off work with a small Rebels to Lincoln Center to see Shen Yun. For her, the first time in life to see the significance of the charm of course. Later I was thinking, Gods in Huang Feihu break when King Zhou, defected Xiqi, blocked the road, when a late-bloomer to send the Rebels to collusion. I usually do not gregarious who first came to New York to see the charm of small Rebels lead the way, is also a good many friends and reported it.

This time last year I almost Huang Renxiong, as well as two other practitioners together to talk about things. Xi Jinping said that China wanted a fellow elected president, Huang was on her face became pale, cold, said the sentence: When he was on it? Another fellow said that as long as Xi Jinping to stop the persecution, the dissolution of the evil party, he will have a Ford, you can be president. Yellow face more difficult to read. I know he always wanted to be emperor, not only now but also want to be emperor, but he arranged for himself in the past. So who thinks he robbed his throne in history, both as enemies of the Zhou Dynasty is the case, for Liu, of Yongzheng, too, and now the same is true for Xi Jinping. That day he said he was Tongtianjiaozhu, is Bruce Lee, adding that "cut" from the cross-sectional teaching Tongtianjiaozhu of Bruce Lee's. Before this I only know that he is King Zhou did not think he was Tongtianjiaozhu.

Gods have become a major catastrophe heaven and earth, because of the cross-sectional teaching Tongtianjiaozhu King Zhou forces to support the back,



Zhou you? Evil party's persecution of Dafa and Dafa disciples is not a "Zhu Xian array" it? To eradicate the evil we must destroy the tyranny of King Zhou, this must get rid of "Zhu Xian array" King Zhou evil forces behind the top placed under the defeat Tongtianjiaozhu. King Zhou and Tongtianjiaozhu to think is actually the same person, all around us. It reminds me of A Warren wrote "constant ancient world," the story of the ancient world in the sky constant rebellion clown is just a puppet king, but the real culprit behind the manipulation of the child actually is the hero of the Soviet big brother Arrow repair. It seems the old forces in history are accustomed to playing the demon spy drama Running out of this, when selecting a clown puppet king villain camp, and the devil himself face-lift mixed square camp, waiting for an opportunity to seize power when the emperor.

 Master Jiang said that it is actually not what is the origin, that is, in the Millennium carrion shed an evil, toad became a child, was chosen by the old forces. But exactly who put a frog placed on the throne of Evil CCP, it launched vicious persecution of Falun Dafa in 1999 it? Master said that Jiang Zemin is a clown, then the big ugly is not someone else? Master behind Jiang Zemin, who is that big ugly that? Only after much deliberation to rule the world Nostradamus predicted that the year one thousand nine hundred ninety-nine Marx, that is from Satan. Only the evil Communist Party Marxist leader to put a frog holding a party for the evil clown king, and only at Marx's own ruling after year one thousand nine hundred ninety-nine world's only river toad and the environmental conditions to launch the persecution of Falun Dafa. Marx's use of Jiang Zemin and the Communist Party to persecute Falun Gong, to create such an evil persecution is so he can become the savior of the end of the persecution, that is, the legendary Christian king forever in Jesus.

 Huang Renxiong said to himself after the United States in another dimension Jiang Zemin back a lot of money to see him and gave him a money, he told Jiang: Old Jiang, thank you. In reality, he soon found a job. When it comes to carrying a frog a lot of money, I think a lot of Chinese businesses dedicated to the so-called Treasure toad all these years, the legendary three-legged toad is a fairy bangs in the possession of the owner with money to be able to spit from his mouth. I remember fellow practitioners said that Jiang Zemin is a three-legged toad, one of his bad leg. Shen Yun show "Golden Monkey except toad demon" in the Monkey King toad demon was wounded leg, we all know that Jiang Zemin is the toad demon. So when that day I am pleased to tell Huang Renxiong couple own dream with several people covered coffin lid Marx but unexpectedly met with a cold, but Xu Min strongly defend Marx and argue with me, and afterwards I have many things to sort out the Ins and Outs again, finally want to understand.



behind King Zhou of Marx, Red Dragon is Satan, that is, toward the Chinese Communist red Tongtianjiaozhu.

After twelve early 2020 China Chongqing thin Wang incident, and the Middle East known as the "Arab Spring" Jasmine Revolution, came one day Huang Renxiong excitedly told me that Lianzhu star appeared in the sky planetarium, a CCP to collapse . Because there before 2012 Mayan astronomical calendar end of the fifth century the sun prophecy, so when I think of the evil party almost collapsed, wrote an astronomical indicates the CCP will soon collapse to the article was published. Huang later told me that he arranged this role is Bo Xilai, when Bo Xilai was to mutiny rebel, because after Xi Jinping see my article did disposed on the military, Bo Xilai did not dare Jubing . Whether this is true I do not know, just know that after the Bo Xilai authorities carried out a purge in the military forces, and Xi Jiang Bo Xilai background has been extended to the Central Military Commission Vice Chairman Xu and Guo in the cleaning military forces level.

While I was talking to Bo Xilai and Huang Song Zuying his own arrangements in history was surprised no one thought Guo Jiajun and Xu Jiajun, Jiang's faction and the forces of the whole blood debt gang with him about the King Zhou. In fact, once said Xiao Lian Song Zuying is Gods of nine pheasant essence, the goblin is his side of the demon King Zhou Fei, who have always been gang. At that time I only knew Bo Xilai, XuCaiHou and Guo these people were involved in organ harvesting from living Falun Gong practitioners atrocities, their arrest is deserved, because no one thought of King Zhou towards their own arrangements in the Red troops were hosed while Xi Jinping hate Such is Life.

Later, King Zhou talked to me once, "Arab Spring" is his own arrangements in history, he is Muhammad. According to him, Bo Xilai should launch a coup in 2012, coupled with the tide of democracy in the Middle East "Jasmine revolution" set off, all this is to the impact of the ruling Communist Party, are also back to his own will to overthrow the Communist Party of China led the revolution and do bedding. I know the purpose of all this is to make all the arrangements of his own overthrow of the Communist Party to become a great hero, the savior of the end of the persecution of Falun Gong has become China's democratically elected president after the collapse of the CCP. But who would have thought of Marx and the Communist Party of manufacturing overthrow of the Communist Party of Huang Renxiong the same person, arrange the persecution of Satan and end the persecution of "Jesus" is also the same man? The old forces is against the Creator's mercy in playing loud opera. Master also count on the meter, "wait and see demon clown show to do." You want to play, the master will be with you. But no matter how the Monkey King then seventy change, also not running the palm of Buddha.

 

Jeet Kune Do founder Bruce Lee thing he taught was cut, saying "cut" with the word "robbery" is a homonym, his way is cut, that is, robbery . He set Tongtianjiaozhu catastrophe for the beings at the same time it cut off its own way, so he is a head no tail off the dragon, he can only be a dream of Red Mansions peter off dream, because he arranged all this history is on no roots. If you follow his arrangements to go, and finally everything is nothing, nothing can not be successful, as Hu Jintao in 2012 handling of thin week coup. But the Dhamma must stay the course to great perfection, it is not possible in accordance with the arrangements of the old forces to go. I was warned that he let go of his past arrangements Dharma Master interference.

 After a few days in Paris, France occurred Islamic terrorists attacked Charlie Weekly, killing more than events. Was my first reaction is to their own articles touched the magic, the magic of Muhammad big attack. Claimed that terrorists murder was in retaliation for their weekly Charlie ancestral Mohammed painted clown, be Muhammad on the stage of history or whether it is the main character clown, it was his own choice, he put himself in their place. Master said, "who want to go against history he is the clown, which has met with a lot of history on."

 A few days later, came Zhou Yongkang have been arrested and sacked plan to make the news. I was savvy enough not win, but after the town of evil destroy those articles removed to the chaos. Perhaps compassionate Master still give him a chance. But he did not break the dragon realized though cut off the lower body, but at least the upper body still. In this recent meeting in western France and USA, he actually deliberately spreading his students to participate in the puja is the future of China's president that a heresy, just do not give up their evil ways set of theocracy. Master still alive, he would dare to doing its own thing, openly using the law would promote himself, this is blatant undermining Dafa. Feelings can not replace reason. So do not cherish their own lives, it can not give a chance.

 This time I wrote "right view is the line" was published, exposing him "Wulong Fei" is named on the Minghui spy Huang Renxiong. The next day came the ghost of a vice mayor Jiang lair Shanghai's arrest news, followed by another a deputy secretary of the Beijing Municipal caught up. A few days later, the French central Paris attacks occurred Islamic State terrorists wantonly killing civilians. For me, all this is not new, is that last year at this time the only thing all over again, but this time I destroy Huanglong up.

 November 16, 2015

Show original text







**Sky Horse**                                                          Jan 12,
                                                                       2016

A2 -3

Huang Renxiong may own mind magic, and set his statement, he said he was so and so, and so he is the king, lured several female students to go to him as a princess, including his ex-wife. Including his girlfriend home. To know that his ex-wife has not divorced him staying in their homes, from the moral is also shameless. Master said Huang Renxiong even be spies, do not give him the market, he believes his ex-wife was the impact of the Master give him vindicated, would give him the vindication of the Assembly. Think he went to the United States, there is still the market, there are new people to strive to become queen. Riddles those specific type of argument is not to say, just want to emphasize that, from domestic to foreign countries, men and women alike whether he several students how their human qualities? He said the emperor to do?

 Practice focused on repair heart and mind, to do the study of law Master asked to do, sending righteous thoughts, clarify the truth, nothing more! Apply a network terms: God horses are clouds!

Show original text



**邱成任**                                                              Jun 11,
                                                                       2016

Continental also has an emperor, a few years ago was persecuted disease took his life. Take the time to stand with one hand held palm to half.

Show original text



Add a comment...



语种

正见首页 (/)　/　见证 (/zj/falunwitness)
/　海外文集 (/taxonomy/term/113)　/　修炼体悟 (/taxonomy/term/331)

正體 (http://big5.zhengjian.org/node/156219)　简体
(http://www.zhengjian.org/node/156219)

# 从近期办护照的经历想到的

### 日本大法弟子 美妙

【正见网2016年12月29日】

我的护照快到期了，入管局负责难民调查的官员在谈话的时候，一再提醒我尽快去中国大使馆更换护照。说到年底会有很多的人排很长的队伍。但是我感觉到他们似乎还在担心着别的什么。因为他们曾经安抚我说，申请难民的有关事情他们会替我保密。这让我的心里隐隐有点不安。

而且我来日本以后，一直在参加很多的讲真相活动。不光是因为正法时期大法弟子肩负的责任和使命，还因为我己身在自由世界，监狱里一起受迫害的同修却仍然在巨大的承受之中，有的释放以后不久又被抓进黑牢，他们的处境历历在目，有的在多次入狱后被迫害惨死。时间如水流失，世人皆在险境，这些都让我不敢也不忍懈怠。

我在99年1月就有公派出国的机会，因悟性不高被家事牵绊而错过了师父安排的机缘。2006年以后的几年间，再次有了出国工作的机会，广告不让进们的小区，却在我家楼下门洞前的草地上奇怪的竖起了一个"悬瑞出国"的广告牌，但是在几年的时间里都没有悟到师父的点化，同修和娘家人也一致反对我出国而再次错失机缘，一直到监狱里度日如年，被迫害了两年以后才如梦方醒。



我去年出国来到日本，是在多年好友的美国同修鼓动下出来的。当时我的身体和头脑都己接近崩溃。我在两次美国签证失败以后来到日本打算经日本前往美国，但是第三次签证也失败了。同时好友说话越来越离奇，我才发现，好友去美国嫁的丈夫是明慧网十几年前就公布过的中共特务。所谓"好友"对我的关注从一开始就有不可告人的目地。

有时候我还碰到中共派到海外的特务，有一次有一人戴墨镜身材高大看起来象国安的人混在游客中走到我真相点，经过我身边时声音低沉的对我说，"还有家人在国内呢！？"有一次发神韵单张，两个中国人隐蔽的对我胸前挂的姓名牌录像，我若无其事的走过去把单张递给他们，他们神色慌张扭头就走。有一次有一人象是便衣国安特务，混在游客中眼神极其凶恶的盯着我看。我走过去对他讲真相，他不听反而狠狠的威胁我。

向日本的华裔同修请教换护照的流程，同修善意的提醒我说，"你一定要把难民申请纸拿下来。"有位同修说，"申请难民的理由多种多样，你拿掉难民申请纸他们就不太会注意到你是法轮功。"

但是我不想拿下来。多年的好友竟然是假同修真特务，恶党对我了如指掌。拿掉

**今日头版**

三言两语话白
正法修炼二三
大法的神圣美
讲真相语音与
轮回纪实：勇
光盘正常播放
《封神演义》
柳宗元死后当
保加利亚五个
加拿大多位议
从孙悟空画圈
教师大法弟子
不在无意中给
当我们看到师
修好自己打好
正见知客：转
讲真相语音与
酌古鉴今：测

**海外文集**
(/taxonomy
/term/113)

修炼体悟 (/taxo
修炼故事 (/taxo
小弟子园地 (/t
正念正行 (/taxo
法会文章 (/taxo
祛病健身 (/taxo
神奇经历 (/taxo
讲真相 (/taxo
迫害真相 (/taxo
其它 (/taxonom

难民申请纸只能是掩耳盗铃，除了显示出内心的怯懦，什么作用都不会起。在国内我都不怕，在国际社会我为什么要怕它？

还是放下心来，把一切交给师父吧，相信师父一定会给我最好的结果。

说来也巧，在我去申请的那天，一出地铁，碰到一位见过两次面的外地同修，她要去大使馆办理香港签证，正好可以帮我发正念。我们拍照填表，坐在大厅等叫号。当叫号跳过了我的号码，到我后面的人时，我直接走到窗口，说应该轮到我了。工作人员愣了一下，随即和旁边窗口的工作人员商量了片刻，就把我的材料收下了。事情办完时间还早，我在国会的项目请了一天假，已经安排了其他同修替我站国会门前，于是我走出大使馆，就到门前小马路对面的真相点去和老阿姨同修一起炼功和发正念了。

转眼到了取新护照的时间，我走下地铁，还没找到出口呢，又碰到一位见过面但是从来没有讲过话的本地同修，也是去办香港签证。她从后面叫住我带我走一条近点的路。听说我是去领新护照，就问我，"难民申请纸你拿下来没有？"听我说是有意没有拿下来，她很吃惊，替我担心道，"以前护照到期根本不给换，有段时间很多大法弟子都没有护照了。"还说她自己办护照的时候，工作人员拒绝受理，她给他们拍了录像据理力争，吵到领事出来以后才给办了。我说以前是以前，形势天天都在变。也没有请她帮忙发正念了。

人很少没有排队，我交了钱很顺利的把新护照取到了。时间还早，我走出大使馆，又到门前小马路对面的真相点去炼功和发正念。整个过程心态很好，心情很平稳。一切都是顺理成章而又理所当然。下午结束的时候，卷起条幅收好东西，我向对面大使馆聘请的日本警察鞠躬致谢，对方也微笑着向我回礼。

2016年元旦期间，我们在靖国神社附近发单张和做"诉江"征签，走过一群中国大陆来的学子，看年纪大约是博士生，他们边走边感慨道，"人心变了，世道也要变了！"现在又是一年快过去了。

现在真相点上人来人往的游客中，除了当初卖力参与迫害法轮功欠了血债的人，出于对清算的恐惧和自身的利益还在拥护邪党以外，已经没有什么人为共产党辩护了。特别是江泽民，最普遍的评价就是"没有一个人说他好！"就算是体制内领工资或退休金的人，那些还在脸红脖子粗坚持为共产邪党站台的中毒太深的愚民，连他们一起出来的朋友都嫌他们背时倒灶的，思想太落伍跟不上时代了！

"人的一思一念，一点点的想法，都不会错过众神的眼睛。所以在这个期间人做什么事情，都是给自己定自己的将来。"（《法轮大法　各地讲法八》- 二零零七年纽约法会讲法）在正法所剩不多的日子里，衷心的祝福世人，珍惜大法弟子的辛勤付出，给自己定一个美好的将来吧。

# 相关链接

法轮大法（http://www.falundafa.org/）　明慧网（http://www.minghui.org）　新生网（http://www.xinsheng.net/）

欧洲圆明网（http://www.yuanming.net/）　亚太正悟网（http://www.zhengwunet.org/）

澳洲光明网（http://www.guangming.org/）　法网恢恢（http://www.fawanghuihui.org/）

追查国际（http://www.zhuichaguoji.org/）　放光明电视台（http://www.fgmtv.org/xinpian.htm）

台湾放光明（http://tw.fgmtv.org/）　希望之声（http://soundofhope.org/）　大纪元新闻网（http://www.dajiyuan.com/）



A3

I came to Japan from China last year by the encouragement of a long time good friend and fellow practitioner in America. At that time, both my physical body and my mind were near the brink of collapse. After two failed visa attempts to the US, I came to Japan and planned to go to America via Japan. But my third visa attempt failed as well. At the same time, my good friend started to speak in an increasingly bizarre manner. I realized the husband my good friend married is the special agent from the Chinese Communist Party, as published by minghui.org more than ten years ago.

Sometimes I would meet special agents sent overseas by Chinese Communist Party. One time, a person of large stature with sunglasses came up to truth clarification booth. When he walked past me, he lowered his voice and said to me, "[You] still have family members in the Mainland?!" Another time while distributing Shen Yun flyers, two Chinese people stealthily videotaped my name tag. I walked towards them as if nothing happened and handed them flyers. They looked panicked, then immediately turned around and left. Another time, a person who looked like a plainclothes national security special agent mixed in amongst tourists stared at me ferociously. I walked over to tell him the truth. He did not listen, but threatened me instead.

While consulting with Japanese practitioners about the process of passport change, practitioner reminded me kindly, "you must apply for refugee status." Another practitioner said, "There are many reasons one can apply for refugee status, if you remove refugee application then they will not notice you are Falun Gong."

But I did not want to remove refugee application. My long time good friend actually turned out to be a fake practitioner but a real special agent. The evil party knows me inside out.

S

**JUDGE RAMOS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RenXiong Huang

_____

Write the full name of each plaintiff.

**17 CV 5582**

_____CV_____

(Include case number if one has been assigned)

-against-

**COMPLAINT**

See attachment for defendants

Do you want a jury trial?
☐ Yes ☒ No

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

# Case description to sue minghui.org , zhengjian.org and Falun Gong organizations

**Plaintiff**

RenXiong Huang

Add:143 Rockaway Ave 3F

Brooklyn, NY 11233

**Defendant**

## 1--Minghui.org

Add：229 West 28th Street, 6th FL, New York, NY10001, USA

## 2.--Zhengjian.org

Add：229 West 28th Street, 6th FL, New York, NY10001, USA

## 3--Eastern US Buddhas Study Falun Dafa Association.

Add: 6515 38th Ave Apt 2g, Woodside, NY 11377-2903

## 4--Rong Yi

Add: 6515 38th Ave Apt 2g, Woodside, NY 11377-2903

**Plaintiff**

RenXiong Huang

Add:143 Rockaway Ave 3F

Brooklyn, NY 11233

**Defendant**

**5--Yi Cai**

Add: 6515 38th Ave Apt 2g,
Woodside, NY 11377-2903

**6--Hao Ye**

Add: 6515 38th Ave Apt 2g,
Woodside, NY 11377-2903

**7--US Southwestern Falun Dafa
Association**
Add: 9550 Flair Dr, El Monte, CA
91731-2900

**8--YouFu Li**

Add: 9550 Flair Dr, El Monte, CA
91731-2900

**9--Mid-USA Falun Dafa
Association**
Add: 1065 W Argyle St. #2e,
Chicago, Illinois 60640

**10-- Seng Yang**

Add: 1065 W Argyle St. #2e,
Chicago, Illinois 60640

**Physical Harms:**

**1. Inaccurate Minghui.org reports mislead the public and pushed me to the opposition of Falun Gong, causing my unlawful arrest by police.**

As of 07/29/2003, minghui.org issued an false article about me ------ A1

On August 2003, I went to Bangkok UN branch office to take my first interview. There I met ZiWei Yang, a Falun gong refugee. He was standing outside the UN building. I asked him what was going on with him. He told me minghui.org wrote and published an article, accusing me of being a special agent from the Chinese government, so the head of Falun Gong association in Thailand, YiJiang Zhong  asked him to bring this article to inform the UN that I am a special agent so I cannot apply for Falun Gong refugee.

I felt very sad at that time.

While waiting in line for my interview with UN, another person in line told me nobody can fool the UN if they are lying, and I do not need to worry if I tell the truth.

After this interview, I kept going to the riverside located in proximity to the royal field to tell Chinese tourist the truth about Falun Gong.

But this time, two policemen came close to me and took me to the police station.

One policeman told me: someone made a phone call and told them I am a bad person so they should check out everything about me.

Later on, a Falun Gong practitioner told me: local Falun Gong practitioners from Thailand reported me to the Thailand police and asked them to catch me.

On October 2003, while I was by the riverside and distributed Falun Gong flyers to Chinese tourists, two plainclothes policemen closed in around me, chased me down and forced me onto a motorcycle ride to a police station.

They did not find my passport so they put me in immigration detention center.

At immigration detention center, the UN gave me a second interview.

This time, the UN officer made sure to tell me: we are an independent organization, not an office for Falun Gong.

After that: I am under UN protection. Thank God!

After 19 months wait, I was accepted as a Falun Gong refugee by the United States of America.

4

## 2. Falun Gong organizations put pressure on my family, leading to my divorce.

Falun gong organizations exchange information with each other and send misleading information to US intelligence information system

My destination was Richland Washington, USA.

I took an airplane to USA from Thailand on July 12, 2005.

But when I was waiting for transfer at New York JFK airport, an officer from World Relief Organization told me: someone called them and told them that my fiancée, Yuhua Dong, wanted me go to Fort Worth Texas. Since I do not have any other relationships in the US and she is the only person I know in America, I considered it and changed planes to Fort Worth.

I married Yuhua Dong in Fort Worth, TX on 08/16/2005.

Because she is a Falun Gong practitioner too, she loves Falun Gong and stays within Falun Gong circle, in this way, she met more Falun Gong practitioners in Dallas.

When we went to Dallas to study *Zhuan Falun*, we found most people did not believe us and discriminated against us.

So we decided to move to another state to find a peaceful place.

5

We moved to Temple City California on January of 2006.

We found a local place to exercise with Falun Gong practitioners at a park.

But it was obvious that everybody tried to sit far away from us and gossiped about us.

One Falun Gong practitioner privately told me: Youfu Li, the coordinator of Southwestern Falun Dafa Association held a meeting with all the Falun Gong practitioners and announced that old power sent a spy to the west, that we cannot accept him and everybody must keep a distance with him. Anybody who smiles and gives any help to him will also be deemed as a special agent from China hiding in our circle.

For example, there was a person named Gu who was kind to us. Youfu Li said he is a veteran special agent hiding in this circle for a long time, and stayed here until I come to get in contact with me.

We moved to find a peaceful place, but US Southwestern Falun Dafa Association treated us even worse.

So Yuhua Dong cried a lot and did not want stay with me.

She said I give her too much pressure and I affected her normal life.

We got divorced after one year of marriage.

6

I spent two lonely years of life after Yuhua Dong left me.

That was the worst time in my life.

From that time on, I never go to any Falun Gong organization again.

I even wrote an email to minghui.org that I am not a special agent from the Chinese government. But they did not believe me.

Because minghui.org is a secret organization within the Falun Gong system, nobody knows who works for it, what kinds of people they are, nor how many people work for it.

## 3. Started new family, but still persecuted by the information system.

I met my wife Min Xu in 2009 and got married on 11/23/2009.

Something very strange happened to our family.

In 2011, we got into a hit-and-run accident in Brooklyn.

When we walked across to a street, a car hit my wife and just drove away.

On 2012, we got into another car accident in Flushing.

My wife almost was murdered in Navy camp.

7

She served in the Navy on December of 2013. Some people wanted to kill her in boot camp.

I was poisoned in my apartment.

Min Xu got into another car accident in Baltimore, and then another car accident in DC.

On May 2017, I wanted to go to the annual Fa Sharing Conference, so I emailed Quan Sha, a Falun Gong leader in Brooklyn, but she never answered me.

I made a phone call to Rong Yi, the head leader of Northeastern Falun Gong organization, but she rejected my call.

I then hid my caller ID and called Rong Yi again, she answered me this time and told me: YOU ARE ON THE BLACK LIST OF FALUN GONG HEAD OFFICER YANG SUN.

Rong Yi had previously been employed by Embassy of the People's Republic of China.

I thought it over, and at last I understood what happened: minghui.org is a public organization; it announced that I am a special agent and everybody believed it. Some Falun Gong practitioners distributed minghui.org articles to public relations.------ A2.

<u>False reports  mislead  many people's awareness and thoughts ,
even those close friends.---A3.</u>

They even exchanged information with the FBI to prove I am a
special agent.

So the FBI took on a long term investigation of our family. They
even created my dreams and checked my background.

What has been done by minghui.org and Falun Gong
Associations affects my life seriously.

As of above description, Falun Gong organization told a big fat
lie all over the world.

Minghui.org and Zhengjian.org are Falun Gong media outlets.
Falun Gong claims to have one hundred million believers. When
persecution of Falun Gong started, practitioners widely
disseminated information from minghui.org. Falun Gong
Buddha Associations dispersed false information to various
communities as well as FBI and US intelligence agencies for as
long as 14 years. Without confirming the truth, their reckless,
irresponsible behaviors caused tremendously harm and
irreversible damaged to my reputation. I am not famous, but
they fabricated truth on public media outlets. This is enough
grounds for defamation, libel and slander. So I ask for 1.4 billion
dollars payment from minghui.org for physical harm and
emotional damage inflicted upon me; 300 thousand dollars

from zhengjian.org; 100 thousand dollars from head of Falun Gong Buddha Association Ye Hao; and 1 million dollars each from Rong Yi, Yi Cai, YouFu Li and SengYang.

While in California in 2006, I wrote a letter to minghui.org to explain to them that I am not a Chinese Communist Party special agent. They ignored me.

I wrote to minghui.org once again in 2015 and informed them if they do not remove false reports which defame me, I would seek justice in court. They still turned a deaf ear.

Both minghui.org and Falun Gong Buddha Association have been oblivious to my requests; posting my photo and personal information on public Falun Gong media outlets without checking the facts; insulting and harming me, my family, as well as damaging my career and severely affecting my future. Hence, I earnestly request the court to clarify the facts; bring justice to the truth; and punish those people responsible and relevant organizations.

Plaintiff Print Name:                    Plaintiff signature:

Renxiong Huang

Date:

- Falun Dafa Books:
- Read Online
- Purchase



OK



- Home
- About Dafa
- News & Events
- Persecution
- Propaganda
- Karma & Virtue
- Cultivation
- Culture
- Materials
- Reference

**Site Map expand**

### About Us

- Contact Us
- About Minghui
- Archive
- Subscribe
- Links
- Languages

### About Dafa

- Introduction to Falun Dafa
- Health Benefits
- How to Learn
- What is Falun?
- Early Days in China

### News & Events

- Rallies & Protests
- World Falun Dafa Day
- April 25 Events
- July 20 Events
- Art & Photo Exhibits
- Shen Yun Performing Arts
- Other Community Events
- Falun Dafa in the Media
- Opinion & Perspective
- Greetings

**Persecution**

- Overview of persecution
- Why is Falun Dafa Persecuted?
- Deaths
- Organ Harvesting
- Torture
- Imprisonment & Forced Labor
- Accounts of Persecution
- Disappearance
- Persecution Outside China

**Propaganda**

- Peaceful Appeal of April 25, 1999
- 1,400 Alleged Deaths
- Self-Immolation Hoax on Tiananmen Square
- More Propaganda

**Karma & Virtue**

- Good is Rewarded
- Evil Meets with Evil
- People in China Awaken to the Truth
- Grassroots Resistance in China
- Voices of Support Worldwide
- Prosecuting Jiang Zemin
- Lawyers and Lawsuits
- Solemn Declarations

**Cultivation**

- Beginning Cultivation
- Improving Oneself
- Journeys of Cultivation
- Clarifying the Truth
- Standing Up for Falun Dafa
- Young Practitioners' Experiences

- Falun Dafa's Divine Power
- Returning to Cultivation
- Sending Righteous Thoughts
- Experience Sharing Conferences
- China Fahuis on Minghui.org
- Articles with Master Li's Comments

## Culture

- Traditional Culture
- Music & Art

## Materials

- Podcasts
- Videos
- Flyers and Handouts
- Bi-monthly newsletter
- Minghui Books

## Reference

- Master Li's Recent Articles
- Editorials & Notices

Home > Persecution > Accounts of Persecution

# Latest News from China - 7/29/2003

August 18, 2003

July 28, 2003

**Clearwisdom.net**

1. [Yushu City, Jilin Province] Dafa Practitioner Xu Guiliang and His Wife are Sentenced to 11 and 13 years of Imprisonment, Respectively
2. [Changchun City, Jilin Province] Heizuizi Labor Camp Officials Force Dafa Practitioners to Make Crafts for Export
3. [Chengdu City, Sichuan Province] Chengdu City's Military District Personnel Order a Hospital to Fake Health Report
4. [Handan City, Hebei Province] More Than 60 Falun Gong Practitioners are Detained at Handan City Forced Labor Camp
5. [Quzhou County, Hebei Province] Arrest of Dafa Practitioner Zhang Fengling and His Wife
6. [Wuhan City, Hubei Province] Police Arrest Dafa Practitioner Zhang Chenyao from Xinzhou County
7. [Chengdu City, Sichuan Province] Some Personnel from Luodai Town, Longquanyi District Who Persecute Dafa Practitioners

8. [Guangzhou City, Guangdong Province] Personnel from "610 Office" Arrest Dafa Practitioner Wang Hongfa

9. [Northern China] Dafa Practitioners Successfully Hold an Experience-Sharing Conference Around July 20, 2003

10. [Daqing City, Heilongjiang Province] Dafa Practitioners Zhang Zhong, Zhu Hongbin, Zhang Huiyu and Wang Jie Stage Hunger Strike to Protest Persecution

11. [Zizhong County, Sichuan Province] Personnel at the Nanmusi Forced Labor Camp Persecute Dafa Practitioner Fu Tianlu by Holding Her Indefinitely

12. [Shulan City, Jilin Province] Dafa Practitioner Ms. Wang Yaying from North Jishu Town, in Her 50's, Is Arrested Around June 26, 2003.

13. [Chaoyang City, Liaoning Province] Police from the Chaoyang Forced Labor Camp Torture Determined Dafa Practitioners with Excruciating Means

14. [Jiujiang City, Jiangxi Province] Labor Camp Perpetrators Torture a Practitioner

15. [Pingdingshan City, Henan Province] "610 Office" Personnel Sentence Practitioners at Will

16. [Huhehaote City, Inner Mongolia AR] Police Pour Hot Water on Practitioners

17. [Chifeng City, Inner Mongolia AR] Arrest of a Practitioner's Family Members

18. [Pingdu City, Shandong Province] Arrest of Practitioners

19. [Luushun City, Liaoning Province] Arrest of Practitioners

20. [Guizhou City, Yunnan Province] Arrest and Abduction of Dafa Practitioner Ms. Song Yuanya into Guiyang City's Lannigou Brainwashing Center

21. [Kaiyang County, Guizhou Province] Records of Deeds of Lawless Policemen Huang Gejian and Yang Mingjiu, who are Persecuting Dafa Practitioners

22. [Dalian City, Liaoning Province] Lawless Police Officers Destroy Three Dafa Materials Production Sites

23. [China and Thailand] "Huang Renxiong" is a Special Agent Deceiving Dafa Practitioners in Mainland China and Thailand (Photos)

**1. [Yushu City, Jilin Province] Dafa Practitioner Xu Guiliang and His Wife are Sentenced to 11 and 13 years of Imprisonment, Respectively**

Police arrested Dafa practitioner Mr. Xu Guiliang and his wife for practicing Dafa, and they were brutally tortured during detention. Because they firmly refused to give up their belief in "Truthfulness-Compassion-Forbearance," they were sentenced to 11 and 13 years of imprisonment, respectively. Currently they are being detained at Wuchang City's No 1 Detention Center in Heilongjiang Province.

**2. [Changchun City, Jilin Province] Heizuizi Labor Camp Officials Force Dafa Practitioners to Make Crafts for Export**

The authorities from Changchun City's Heizuizi Labor Camp force Dafa practitioners to work from 5:00 a.m. to 9:00 or 10:00 p.m. every day without a noon break, to make crafts for export. Recently, as some practitioners had diarrhea, practitioners were allowed to rest for 30 minutes at noon. When inspection officials come, the labor camp authorities order practitioners to do their work in dormitories. They remove finished products through the back door.

**3. [Chengdu City, Sichuan Province] Chengdu City's Military District Personnel Order a Hospital to Fake Health Report**

In order to try to force Dafa practitioners to renounce their faith, in June and July 2003, Chengdu

City's Military District police transferred Dafa practitioners Ms. Zhou Lin and Ms. Zhao Wenjie. These two ladies had been detained at the Political Section of the Military District for over a year. The perpetrators moved them to Zizhong City's Nanmusi Female Labor Camp for further persecution. Practitioner Zhao Wenjie held a hunger strike from late April to early June to protest the persecution, so she was very weak. During a physical examination she was found to be in very poor health, and the Nanmusi Female Labor Camp officials refused to accept her. Then officials from the Military District took her to another hospital for examination and directed the doctor to make a fake, good health report so they could send her to the labor camp.

### 4. [Handan City, Hebei Province] More Than 60 Falun Gong Practitioners are Detained at Handan City Forced Labor Camp

Currently, more than 60 Falun Gong practitioners are being detained at Handan City Forced Labor Camp. Police guards collected the practitioners together for forced brainwashing. Every day they forced practitioners to listen to Dafa-slandering messages and misinterpretations of Dafa.

### 5. [Quzhou County, Hebei Province] Arrest of Dafa Practitioner Zhang Fengling and His Wife

On June 30, in collusion with Handan City's police personnel, officers from Quzhou County Police Department in Handan City, Hebei Province illegally arrested Dafa practitioner Mr. Zhang Fengling and his wife. Their current whereabouts are unknown.

Ever since Jiang's group began persecuting Falun Gong, hundreds of Dafa practitioners have been detained at Quzhou County Police Department. More than 20 practitioners were sent to labor camps, their homes were ransacked and they were fined. Many practitioners' families became destitute because of the persecution. Qiao Linghuai, a thug who took part in the persecution even said, "See! Falun Gong practitioners' families are all poor." Qiao has been promoted from head of the local police station to chief of the Political and Security Section of the county police department because of his participation in the persecution against Falun Gong.

### 6. [Wuhan City, Hubei Province] Police Arrest Dafa Practitioner Zhang Chenyao from Xinzhou County

Dafa practitioner Zhang Chenyao from Fangyang in Xinzhou County was forced to leave home in November 2001 to avoid illegal arrest. On July 12, 2003, he went home to fix the leaking roof on his house, but the local police arrested and sent him to a detention center.

### 7. [Chengdu City, Sichuan Province] Some Personnel from Luodai Town, Longquanyi District Who Persecute Dafa Practitioners

Since July 20, 1999, policemen in Luodai Town, Longquanyi District have been persecuting Dafa practitioners by ransacking their homes, forcing them to hand in fines and following them wherever they go. Two female practitioners were regarded as "key" figures and were forced to leave home and live in exile; they have been detained several times. Three Dafa practitioners were sentenced to imprisonment and have been detained again and again.

Responsible personnel who participated in the persecution:

Personnel from the town's government: Zeng Tianyan (cell phone: 86-13708178046), Cao Xiangqing, Zhong Yun, Huang Kui and etc.

Policemen from Luodai Town's Police Station (office phone: 86-28-84893676): Luo Yikun, Chen

Lin, Chen Wu and etc.

## 8. [Guangzhou City, Guangdong Province] Personnel from "610 Office" Arrest Dafa Practitioner Wang Hongfa

Practitioner Mr. Wang Hongfa and his family were forced to leave home to avoid persecution. They had to find temporary jobs to support themselves. Recently, personnel from "610 Office*" in Zhongshan City arrested Hongfa. He is now held at a detention center. Their current situations are unknown.

## 9. [Northern China] Dafa Practitioners Successfully Hold an Experience-Sharing Conference Around July 20, 2003

Around July 20, 2003, Dafa practitioners from a certain place in China successfully held an experience-sharing conference. In the past four years, no matter how perilous the situation was, Dafa practitioners have persevered sturdily in validating Dafa, clarifying the facts and saving sentient being; their belief in Truthfulness-Compassion-Tolerance has never altered a bit. During the two-day conference, they studied Teacher's recent lectures and *Zhuan Falun*, and shared experiences. Practitioners had in-depth sharing on righteous thoughts and righteous actions (from the perspectives of security, righteous thoughts and spending money), finding one's attachments, getting rid of one's loopholes, and cooperating as one body, and gained a clearer understanding on the Fa. The conference was filled with compassion and serenity. Some were moved to tears when hearing others' experience sharing. Gaps amongst practitioners disappeared in this righteous field. Practitioners achieved better coordination on specific Fa-rectification work. The conference was a great success.

## 10. [Daqing City, Heilongjiang Province] Dafa Practitioners Zhang Zhong, Zhu Hongbin, Zhang Huiyu and Wang Jie Stage Hunger Strike to Protest Persecution

Mr. Zhang Zhong and Mr. Zhu Hongbin are currently detained at Daqing City's Hongweixing Prison. In order to resist persecution, they are now staging a hunger strike. Zhang Zhong has been on strike for 6 days and Zhu Hongbin 11 days.

Mr. Zhang Huiyu staged hunger strikes 4 times after being arrested at a materials production site in Shenyang City in 2002 and sentenced to prison terms afterwards. At present, he is being transferred to Liaoning Province's Jinzhou Prison.

In October 2002, Ms. Wang Jie and Mr. Cai Shaojie were arrested in Tieling City, Liaoning Province. In 2003, they were sentenced to 7 years and 4 years imprisonment, respectively. They were recently sent to Shenyang City's Dabei Prison. Wang Jie has been staging a hunger strike for nearly a month. She was force-fed multiple times and her life is now in great danger.

## 11. [Zizhong County, Sichuan Province] Personnel at the Nanmusi Forced Labor Camp Persecute Dafa Practitioner Fu Tianlu by Holding Her Indefinitely

Ms. Fu Tianlu used to be an employee of Ziyang City's Internal-Combustion Engine Factory Affiliated Hospital. The police in Yanjiang District, Ziyang City sentenced her to two years of forced labor for persisting in practicing Dafa. She is now detained at the No.7 Team in Zizhong City's Nanmusi Women's Forced Labor Camp. During detention, Fu firmly believes in Dafa and Teacher and refuses to give up her belief. Her term expired on July 18, 2003; however, the personnel at the forced labor camp refused to release her, saying that they won't release her until she is "transformed." Fu weighed 120 Jin (approximately 132 pounds) before being sent to the forced labor camp, but she

now only weights 70 Jin (approximately 77 pounds) and she is extremely weak.

In addition, Teams 7, 8 and 9 are places for holding Dafa practitioners. Their phone number is unavailable now.

Phone number of Fu Tianlu's work unit: Headquarter Office: 86-832-6282652 / 86-832-6282542.
Phone number of the factory's police station (610 Office): 86-832-6282807.
Phone number of the hospital: 86-832-6282082.

## 12. [Shulan City, Jilin Province] Dafa Practitioner Ms. Wang Yaying from North Jishu Town, in Her 50's, Is Arrested Around June 26, 2003.

## 13. [Chaoyang City, Liaoning Province] Police from the Chaoyang Forced Labor Camp Torture Determined Dafa Practitioners with Excruciating Means

On April 27 or 28, 2003, in the No.4 Division of Chaoyang Forced Labor Camp (on the second floor), Dafa practitioner Mr. Yang Xiufan shouted "Falun Dafa Hao" (which means Falun Dafa is Good) in the washroom. Practitioners Mr. Ni Junhua and Mr. Liu Xue refused to write the so-called "Transformation Statement." They were then taken to a committee office by three policemen, including Qi Yongshun (brigade leader) and Gao Zhiguo (squadron leader). They were shocked with several electric batons at the same time. Their whole bodies were covered with bruises and blisters.

Phone number of the duty room of Chaoyang Forced Labor Camp: 86-421-3300236.

## 14. [Jiujiang City, Jiangxi Province] Labor Camp Perpetrators Torture a Practitioner

Practitioner Mr. Yang Zhongwen protested the persecution and he was hung up for a day and a night because he refused to wear the uniform and criminal ID badge.

Jiujiang City Labor Camp Phone Number: 86-792-8366666

## 15. [Pingdingshan City, Henan Province] "610 Office" Personnel Sentence Practitioners at Will

Recently, personnel from Pingdingshan City "610 Office" immediately sentenced practitioners who were arrested to forced labor for distributing Dafa truth-clarifying materials. On June 1st, practitioner Ms. Sun was arrested when she distributed Dafa-truth clarifying materials and was immediately sentenced to four years of forced labor.

Phone numbers:

The Political and Judiciary Committee in Pingdingshan City/Henan Province: 86-375-2990610
Director Office phone number: 86-375-2905175, 86-375-2928230, 86-375-2937189
Office: 86-375-2921171
Social Security Comprehensive Administration Office: 86-375-2905173
Pingdingshan City Police Office Phone Number: 86-375-2924113, 86-375-2924123
The Forced Labor Camp: 86-375-3932884

## 16. [Huhehaote City, Inner Mongolia AR] Police Pour Hot Water on Practitioners

On April 5 2002, Du Li, a policewoman from Huhehaote City Forced Labor Camp, poured hot water on the back of practitioner Ms. Pan Yunhui to torture her.

## 17. [Chifeng City, Inner Mongolia AR] Arrest of a Practitioner's Family Members

On June 30, 2003, in collusion with local policemen, "610 Office" personnel from Kelaxinqi Matiyingzi Township in Chifeng City, Inner Mongolia's Autonomous Region started to arrest practitioners. Four practitioners were arrested and taken to a brainwashing center, and four practitioners were forced to leave home to avoid further persecution. One of the practitioners sent out strong righteous thoughts and her family members also resisted the policemen who tried to arrest her. This practitioner went away from home to avoid the persecution. A couple of days later, personnel from the "610 Office" came to her home several times to threaten her family members to tell them her whereabouts. On the evening of July 13th, three of her family members were arrested, even though they were not practitioners.

The police who participated in the arrest and the list of names of the "610 Office" personnel:

Zhang Hua, Li Qingwen, Zheng Yi, Wang Zexiang, Zhao Guofa, Zhao Zhigang, Zhao Hongwei. (Others' names are unknown)

## 18. [Pingdu City, Shandong Province] Arrest of Practitioners

At 1:00 p.m. on July 19, 2003, personnel from Pingdu City "610 Office" arrested practitioner Mr. Zhang Shengguo and his wife, who are from Diaoyutai Village in Yunshan Town, while they were buying apples. These persons also arrested practitioner Mr. Qu Yuanyou from home.

## 19. [Luushun City, Liaoning Province] Arrest of Practitioners

On July 15th, the police arrested a practitioner from Baifeng Village, Tieshan Town, Luushun City, Liaoning Province, and three other practitioners from Tieshan Town. They were first detained at Luushun City's Shennong Hotel, and then were sent to the fifth and sixth floors of the Linhai Hotel located at Heishijiao of Dalian City. A total of twenty practitioners are detained there. The windows are barred with metal rods. Each practitioner was detained in one room, monitored by two or three people. Right now, three practitioners are staging a hunger strike, including Ms. Tian from Tieshan Town.

## 20. [Guizhou City, Yunnan Province] Arrest and Abduction of Dafa Practitioner Ms. Song Yuanya into Guiyang City's Lannigou Brainwashing Center

Ms. Song Yuanya, 34 years old, deals with disposing of water in the Guizhou Hotel.

In May 2002, her unit forced her to write the so-called "guarantee statement**or she would be sent to a brainwashing center. So she had to give up her work and leave home to avoid persecution.

In May 2003 after a colleague learned where she lived, this colleague was deceived by their unit and brought some personnel to find her. They forcibly took her to Guiyang City's Lannigou (in Jinzhu Town) Brainwashing Center. But soon after she arrived there, Song went on a hunger strike. Her current situation is unknown.

Phone number of Song Yuanya's work unit: switchboard: 86-851-6822888, 6823888, 6824888 ext. 3116

Chief Manager's Office: 86-851-6680423

## 21. [Kaiyang County, Guizhou Province] Records of Deeds of Lawless Policemen Huang

**Gejian and Yang Mingjiu, who are Persecuting Dafa Practitioners**

Huang Kejian and Yang Mingjiu trampled the freedom of belief and human rights of Dafa practitioners. Due to their despicable persecution against firm Dafa practitioners, one practitioner has been sent to a forced labor camp; several have been illegally detained. They also tightly monitor Dafa practitioners and search practitioners' houses at will. They send firmly committed Dafa practitioners to forced labor camps, forcing their work units to fire them or suspend their salaries to force them to sign the "Three Statements***"

## 22. [Dalian City, Liaoning Province] Lawless Police Officers Destroy Three Dafa Materials Production Sites

On July 17, policemen from the National Security Team in Dalian City's Zhongshan Police Precinct destroyed three Dafa materials production sites in succession. Dafa practitioners Ms. Ren Yazhi, Mr. Yu Xinhua, Ms. Dong Meiyan, Mr. Sun, an engineer and a female Dafa practitioner were arrested. Machines and cash worth over one hundred thousand Yuan**** were confiscated.

Mr. Sun was detained at the Tianjin Street Police Precinct, and the other four practitioners were sent to the Yaojia Detention Center. Because of "disqualification during medical check-up," Ren Yazhi was released. But after she was released, she didn't calm down to study the Fa enough and discover hidden attachments that led to the previous losses, and she hurriedly began to reorganize a new material production site. What she did made it easier to provide clues for policemen to continuously destroy more Dafa materials production sites . We hope Dafa practitioners in Dalian City will send forth righteous thoughts to eliminate the evil in other dimensions while seriously paying attention to security issues. Let's treat security seriously!

## 23. [China and Thailand] "Huang Renxiong" is a Special Agent Deceiving Dafa Practitioners in Mainland China and Thailand (Photos)



Huang Renxiong, born on September 21, 1973
Name on passport: Zhang Guangfa
Passport number: G05758117
Refugee ID under application No: 17018
Home address: No.4 Jianshe Street in Qingshan District, Wuhan City, Hubei Province, China

A 1~1

In May 2003, Huang Renxiong came to Thailand from Mainland China and presented himself as a Dafa practitioner in order to deceive local practitioners. In both Thailand and China, some practitioners who didn't deeply understand the Fa were deceived. His behavior has severely disturbed practitioners' cultivation practice. We hope those practitioners who were deluded by him will become clear minded as soon as possible, treat the Fa as teacher, eliminate attachments to fame, personal interest and sentimentality, and become righteous practitioners once again.

Dafa practitioners in Thailand

July 25, 2003

**\*610 Office**: *an agency specifically created to persecute Falun Gong, with absolute power over each level of administration in the Party and all other political and judiciary*

**The so-called **"Guarantee Statement"** is a *statement to declare that he or she is remorseful for practicing Falun Gong and guarantees not to practice Falun Gong again, not to go to Beijing to appeal for Falun Gong, and never again associate with any Falun Dafa practitioners.*

***Three statements**: *Practitioners are coerced under brainwashing and torture to write these as proof that they have given up their belief. Created by the "610 Office," three statements consist of a letter of repentance, a guarantee to never again practice Falun Gong, and a list names and addresses of all family members, friends and acquaintances who are practitioners.*

**** **Yuan**: *500 Yuan is the average monthly income in urban areas of China.*

<u>Chinese version available</u>

<sub>Category:</sub> <u>Accounts of Persecution</u>

Related Articles
- <u>Heyuan Practitioner's Case Retried After Appeal Upheld</u>
- <u>Couple from Heilongjiang Province Arrested and Tortured</u>
- <u>Family Learns of Man's Prison Sentence 7 Months after His Conviction</u>
- <u>Falun Gong Practitioners Abused at Shayang Prison, Hubei Province</u>
- <u>Hebei Man Arrested for Requesting Information about Extra-legal Agency Responsible for His 11-Year Prison Sentence</u>
- <u>Additional Persecution News from China – June 8, 2017 (20 Reports)</u>
<u>Previous</u>

<u>"The Brutal Torture in the Tumuji Forced Labor Camp in Inner Mongolia, and the Unyielding Determination of Falun Dafa Practitioners Detained There (Part 1 of 2)"</u>

<u>Next</u>

<u>"Practitioner Li Xiaoying From Chenzhou City, Hunan Province Has Been Missing for Over Two Years After Her Arrest"</u>

# Self-Immolation Hoax

**Video**



# Video: A Decade of Courage

**Video**



## About Us

- Contact Us
- About Minghui
- Archive
- Subscribe
- Links
- Languages

## About Dafa

- Introduction to Falun Dafa
- Health Benefits
- How to Learn
- What is Falun?
- Early Days in China

## News & Events

- Rallies & Protests
- World Falun Dafa Day
- April 25 Events
- July 20 Events
- Art & Photo Exhibits
- Shen Yun Performing Arts
- Other Community Events
- Falun Dafa in the Media
- Opinion & Perspective
- Greetings

## Persecution

- Overview of persecution
- Why is Falun Dafa Persecuted?
- Deaths
- Organ Harvesting
- Torture
- Imprisonment & Forced Labor
- Accounts of Persecution
- Disappearance
- Persecution Outside China

## Propaganda

- Peaceful Appeal of April 25, 1999
- 1,400 Alleged Deaths
- Self-Immolation Hoax on Tiananmen Square
- More Propaganda

## Karma & Virtue

- Good is Rewarded
- Evil Meets with Evil
- People in China Awaken to the Truth
- Grassroots Resistance in China
- Voices of Support Worldwide
- Prosecuting Jiang Zemin
- Lawyers and Lawsuits
- Solemn Declarations

## Cultivation

- Beginning Cultivation
- Improving Oneself
- Journeys of Cultivation
- Clarifying the Truth
- Standing Up for Falun Dafa
- Young Practitioners' Experiences
- Falun Dafa's Divine Power
- Returning to Cultivation
- Sending Righteous Thoughts
- Experience Sharing Conferences
- China Fahuis on Minghui.org
- Articles with Master Li's Comments

## Culture

- Traditional Culture
- Music & Art

## Materials

- Podcasts
- Videos
- Flyers and Handouts
- Bi-monthly newsletter
- Minghui Books

## Reference

- Master Li's Recent Articles
- Editorials & Notices

© Copyright Minghui.org 1999-2015

••••○ Verizon 🛜          15:47

AI-2

法轮大法(法轮功)明慧图片网 Official Site

photo.minghui.org



明 慧 图 片 网














图片分类

· 师父
· 炼功
· 学法
· 残酷迫害
· 世界认知真相
· 诽谤真相
· 世界法轮大法日
· 修炼心得交流会
· 天安门广场和平请愿
· 重要事件相关图片
  ▸ 媒体人权报道
  ▸ 全球营救行动
  ▸ 迫害追查国际追踪报道
  ▸ 各大庆典
  ▸ 被迫害亲人
  ▸ 海外国际联系活动
  ▸ 接收亲人
  ▸ 苦对事件现场
  ▸ 水患案例
  ▸ 国内亲人出庭举报的案
· 季节与温度
· 九评与三退
· 中共恶党解体本
· 洪法资料
· 科学探索
· 漫画
· 艺术作品
· 外界媒体图片
· 图片参考
· 其他
· 其它网络图片
















A2

 存中劍 ▸ Public      Nov 9, 2015   ⋮

Right View is the line
Author: keep the sword

Not long ago I was walking down the streets of Flushing, New York, heard someone calling my name. Looked back, Po Chai fair old stuck his head out from a car. Long time no see, he has changed a red car. I got asked how he just ended a few days ago in Los Angeles Fa Conference Master said. He casually perfunctory few words, I can see this is not obvious meaning.

This time he was looking for me to talk about law will mainly Epoch Times recently published two feature articles that "trying to save the national crisis Xi Jinping and other Chinese Communist leaders of different" and "abandon the CCP, Xi Jinping is expected to leaving a legacy," he said, these two special the Epoch Times is a draft master responsible for carrying out out, I said such a big thing not a media person in charge can be finalized, the person in charge did not so bold son. He said himself a few days ago and had an informal discussion with the editor of The Epoch Times, he asked the editor of these two articles is not the master himself confessed, the editor said that the person in charge to convey. He still insisted said that media executives leave the decree. How can leave the decree makes the whole world knows of? I think he was hot-headed, no longer a reason.

Nevertheless, I appeal to reason, I hope he can reason together. I say these two feature articles in The Epoch Times is the capital. He said that they under a lot of bets. I said, holding the Epoch Times in the past decade Hu Jintao, the results come to nothing. If Xi Jinping let this fall Epoch Times, who believe in the future Epoch? The media, what credibility? Even if the person in charge did not do, after all, there are so many participants in the media. I think on key issues Master does not matter, and the Epoch Times, said that two feature articles are the key to history. Surprisingly, he excited, and said he knew three years ago Epoch impossible to do. I thought you was a made insurance, do your own insurance on the line, the media did not make into the system and you what though? You are not the person in charge of The Epoch Times, nor Epoch Times staff.

The results Huabutouji naturally broke up. I know where his heart was, he still does not fit their emperor dream. He thinks he is the protagonist of this history Dhamma first drama, so after the disintegration of the CCP is the only Chinese emperor when he came, he came to this world only to sit, so to Xi Jinping as a



I think Master wrote in a poem: "? Seoul want it to be, sadly ridiculous, France being the main dome, what things escape" Seeing him so obsessed with the throne, my heart really feel sad and funny, I did not expect "Dragon" in the Murong Fu in front of me, but fortunately he was just Baochai husband's cousin rather than swallows.

In the car he told me recently to show off their "Wulong Fei" the pen name published two articles on reincarnation Zhengxian Wang, a Flirting is about, and the other one is on Fourteen son of Emperor Kangxi. After Zhengxian Wang said the article published many practitioners come to him, admire him and so, he seems to enjoy the feeling of such a network of large V. I know that all these years he has published on Zhengjian Wang numerous articles about reincarnation, has said that he is King Zhou, also said he was Xiang Yu, also said he was fourteen son of Emperor Kangxi, in short, put against him the history of all blame the old forces changed the history of the master to be finally carried out of the Patriarch's name first, unofficial history with fiction to prove Mingsheng Zu of the world should pass him the fourteen sub, so this life he want to be emperor, sitting on the world, this is what he wanted. He also boasted that he only published an article in Zhengjian Wang, implying that ridiculed my article on the social networking site only in the corner of an obscure years, not so much supernatural powers in Minghui, Zheng Jianwang authority sites in the eyes of these students have a place.

King Zhou of the triumphant face, I thought, "Lan Cao."

Do not mine and wear, what injury in Portland?
To date in years, the Bank Quartet.

I heard Baochai husband at the Los Angeles law intends to make in recent trainees, including Taiwan students to them to promote their fourteenth child of Emperor Kangxi in the history of this world is to be passed to him, so the Chinese can not be elected president Xi Jinping only he Huangren Xiong. Of course, his character certainly will not forget to tell others published articles on reincarnation Zhengxian Wang big V "Wulong Fei" is his own, in order to obtain the trust and admiration of fellow practitioners.

Today I saw an article entitled "deviate from the negative effects of the law on the words and deeds do not give the market" on Zhengjian Wang, very well. This reminds Huangren Xiong said that he had been Minghui labeled as "spies" hats, they search a bit with "Huang Renxiong" the name on Minghui, results found a "fraud in both the mainland and Thailand spy "Huang Renxiong" ", with his own photographs, which reads as follows:

A2-1 



mainland China have a deep study of law is not being taken seriously interfere with the practice of students.
During the 2003 Act will be in Washington this person has been identified as spies.
He wants to be confused students wake up early to France as a teacher, put down the persistent world fame and love of the heart, stand up to do a cultivator, take a good future path.

The Department is following dates in 2003, now he is a US citizen, every law would have participated, but also on the Zhengxian Wang became a V.

His current wife is a school girl when I was in Hangzhou University, Hangzhou University is one of the oldest students are successfully implemented in 1996, we are doing the exercises together at Hangzhou University practice site, and I can prove this.

When I first came to the United States four years ago they had a son, a past few years they have a daughter and a son. Before getting married Dafa Association who once Baochai looking to talk, she knew the other was named Minghui spy, but still choose to believe their own President, I think their three children will be the future of China, the United States and Russia leaders I believe that never ending Dream of Red Mansions. Visible emotion Bunengtidai reason, does not fit the situation of persistent world fame only lifelong missed the heart.

November 9, 2015

Show original text

+1     3

💬   1   ⌣

Shared publicly  ·  View activity

 **Liusong Ding**
Zhejiang University? We know?                                    Apr 7, 2016

Show original text

 Add a comment...

of 5

屠龍記 中劍 最近昂山·素姬的政黨在緬甸大選中獲得 https://plus.google.com/u/0/113225803796289353336/posts/dn6



存中劍 › Public

Nov 14, 2015

Saber
Author: keep the sword

Recently Aung San Su Kyi's party won a landslide victory in Burma's general elections, Myanmar change of weather. However, Aung San Su Kyi on her own power and position statement on the president's cause widespread criticism of the outside world. This reminds me of the legend of the dragon of Myanmar. Said that there is a dragon in the village have to sacrifice a virgin from the dragon against Myanmar annually to a village near the dragon. Every year, the juvenile warriors to kill the dragon, are all never came back. Some times someone quietly followed, found teenagers killed the dragon, because Lair in the coveted treasure from the greedy and be turned into a magic dragon. I realized the old cosmic objects such as updates on the human body cell division, as long as the old law of the universe, the universe is the same old genes, the new splinter cell or cells in the old universe. As long as the young seek to kill the dragon dragon treasure and will become a dragon.

Because of past school girl on the Hangzhou University Xu Min practice site, I came to the United States met her husband Huang Renxiong. Huang love to show off his time in jail in Thailand immigration jail in another dimension "large Happening gate array" experience, said he was Zongbao history, his ex-wife Mu Guiying, said he is the Monkey King, Jesus, is Muhammad, is Dole, is a celebrity in the history of Napoleon and so on. Huang think that you can break for a "front door" is the greatest achievement in the Dhamma, after which he finds himself is the future of the main new universe, but also the collapse of the evil Party of China, "the emperor." After 2004 came to the United States, he believes that "Heavenly Gate Array" has been broken, Dhamma soon be over.

Master Huang Renxiong has been pointed out before that spy, so his ex-wife has always wanted to leave Phoenix side of this spy. According to Huang Renxiong couple said, when Phoenix restaurants do serve in the United States and get to know her husband now, who is a frequent Western practitioners seen on the set of Zheng Jianwang, when he was not a disciple. Because Phoenix's fate, he into Dafa cultivation, the two married.

Unwilling to pregnant spy kids, came to the US after Phoenix went to the hospital installed IUD. Huang later divorced and married with Western practitioners and who was pregnant with his child. Huang Renxiong once said to

6/26/17, 12:45 PM



"righteous thoughts", they are the couple quarreling. He thinks these are the ability, but to my ear, but it is the magic of big hair, simply do not see themselves as cultivators, this new life can become the main future of the universe?

Last year, Huang Renxiong with me, and when dinner with two other fellow practitioners talking about his ex-wife's husband, he said that Western practitioners are members of the American special forces, have encountered an ambush in the East China Sea on a secret mission, companion all were killed, and finally master as he blocked the shot deadly sinking of a bullet, he was able to survived, returned to the United States after the unit became a celebrity. Huang said that it was before the master in another dimension to force Huang signed a document to let the Western practitioners. At that time I suddenly remembered, "started the trouble should end it," this argument, we ask Huang who is ordered to kill his rival. Huang admitted that he committed, he said to himself, "This man should be shot dead." Huang and Hu himself has said the same person, I think when Western practitioners who should be in distress in the East China Sea in the Central Military Commission Chairman Hu Jintao period. No sign of the Central Military Commission Chairman, who would destroy the ambush US Special Forces team ah?

After Xi Jinping took office in November 2012, Huang Renxiong not convinced, saying that no such arrangements history, history seems to be listening to the tone of his people Hwang arrangements. With every step after Xi Jinping tigers, tiger Jiang faction blood debt to help arrest the camera, especially the students listen to Xi Jinping said China wanted to be the first democratically elected president, Huang is not too jealous. I have never seen a Falun Gong practitioner to the throne as obsessed as he, the performance almost exactly the same "Paradise Lost," where Jesus is jealous because God is king standing rebellion of Lucifer and partisan. Once Huang actually cursed in front of my face idiot Jiang Zemin, Jiang Zemin curse actually did not you hands to get rid of Xi Jinping, the tone is entirely a gangster men cowboys useless reprimand tone. At that time I thought he Huangren Xiong Jiang Zemin side. Until I put myself and a few other people together to cover the coffin lid Marx told Huang Renxiong this dream happy couple, his wife Xu Min Marx has worked hard to talk about things and argue with me after the event, I found not so much he Huangren Xiong Jiang toad side, river frog might as well say that he is a Marxist side. I want to master the river behind the frog should be the great Satan, in the prophecies of Nostradamus Marxist rule in the world after one thousand nine hundred ninety-nine years ago. Jiang Zemin's persecution of evil atrocities Dafa and Dafa disciples, are the prevailing rule the world of Marx, which is arranged by the Satan in the history of.

A few days ago I wrote articles exposing published articles on him the

 
the Dragon air shattered. Then I saw the Monkey King as the incarnation of a group of Yaohou, throughout the rebellion violence, shortly after the plane took off suddenly see also falling. These are my dreams have seen. Soon came a Russian flight crashed in Egypt's Sinai Peninsula, the news, the survey shows that terrorists planted the bomb in advance. Later came news of the terrorist attacks in Lebanon led to numerous deaths and injuries. Middle East has always been rampant land of Islamic terrorists, which I did not care too much. Who would have thought last night suddenly saw an explosion in central Paris, France shot dead as many as more than one hundred ninety news, which is the largest of a terrorist attack after the "911" incident occurred the West. So I remembered his dream saw a scene a few days ago, it seems that the terrorist attacks last crazy evil before the recent demise of the world.

November 14, 2015

Show original text

+1   2

                       1

Shared publicly  ·  View activity

   Add a comment...

6/26/17, 12:45 PM







 存中劍 ▸ Public                                    Nov 16, 2015    ⋮

Gods
Author: keep the sword

2015 hot "Langya Bang" is the drama of a rare masterpiece, but also these years the only one I can see in the end of the historical drama from scratch. Changing the background to the court of "Langya list" as a "Bing oath night break days" Zhuangge, remind me again spear off the mountains of pride, but also about the Gods of the past and put in front of me.

Dharma is a historical drama, Dafa disciples, everyone has their own role in the Fa-rectification. In the long river of history, in the lifetimes of reincarnation, this plot lay in each of the last things to do. A few years ago on Zhengjian Wang Xiao Lian documentary serial reincarnation great influence among the participants in that environment was evil still rampant in many students, especially domestic evil bear a lot of pressure for fellow practitioners let's see myself in the glorious history, so to understand the significance of today's Dafa disciples come in lifetimes of reincarnation, played a considerable positive effect. This is also a process of arrangement Fa, someone would write such an article came out in that period. Of course, this can be arranged to play the role of students is not unusual generation. Xiao Lian said he had been in the history of the ten disciples of Sakyamuni in the first Maudgalyayana supernatural powers in his Fa-Su Mingtong function does play a positive role.

When I embarked on the path of validating the Fa pen soon met online Xiao Lian. I asked him who I was, he said, is Mahakasyapa. In history and he is the fellow, so life is not difficult to connect the edges. Alois was also talking about his late-bloomer in the Gods, I asked him who I was in Gods, he thought for a moment, said Wu Cheng Wang. This is the first time I realized that the relationship between himself and fellow practitioners around the Gods.

Then I met a fellow, told me many things about Feng Shui and divine culture aspects, greatly broadened my horizons and understanding of Dafa. The fellow said he was emperor. This is the second time I met an important figure in the Gods. The Dhamma practitioners say is the new Gods, Dafa disciples is God on the new Gods. I agree with this argument. I think the CCP persecuted Dafa is the modern King Zhou, participated in the persecution Dafa is evil, but behind the CCP is evil, old universe of high-level old forces to use low-level minions, rotten demons and bad guys in the persecution of Dafa. To stop the persecution

封神榜 作者:存中劍 Case 1:17-cv-05582-ER Document 1 Filed 07/21/17 Page 73 of 80
2015 年大熱的《瑯琊榜》是國內電視劇中...

https://plus.google.com/113225803796289353336/posts/QoArPC





Gods, in fact, King Zhou Wu Cheng Wang's brother, Wu Cheng Wang Huang Fei Huang Feihu King Zhou's sister is around.

After the first time I came to the US to attend puja encountered the enemy at lunchtime. Xu Min is my school girl in Hangzhou Grand period, lower than my term, is the earliest practitioners on the Hangzhou University practice site. When her husband Huang Renxiong told me that reincarnation thing I read the article about the King Zhou Zheng Jianwang is from his hand, he is the King Zhou in history, I think this is a small world. But just a few years, I have encountered late-bloomer, the emperor and King Zhou. And later in the United States met a fellow that he is Nu Wa, I was just with her side of the border, because she said he wanted me to introduce the object did not become acquaintances. Nu Wa in Chinese mythology but with a non-mother earth made man the Chinese nation, but also the god of marriage marriage.

I first came to the United States late last year, met several fellow practitioners, one of the girls knew she was in Gods Rebels, she does look a bit like a boy. Then comes the charm tour in New York, she first came to the United States would like to see the charm of course, but I do not know how to go to New York traffic routes. I just have to see the charm, after a day off work with a small Rebels to Lincoln Center to see Shen Yun. For her, the first time in life to see the significance of the charm of course. Later I was thinking, Gods in Huang Feihu break when King Zhou, defected Xiqi, blocked the road, when a late-bloomer to send the Rebels to collusion. I usually do not gregarious who first came to New York to see the charm of small Rebels lead the way, is also a good many friends and reported it.

This time last year I almost Huang Renxiong, as well as two other practitioners together to talk about things. Xi Jinping said that China wanted a fellow elected president, Huang was on her face became pale, cold, said the sentence: When he was on it? Another fellow said that as long as Xi Jinping to stop the persecution, the dissolution of the evil party, he will have a Ford, you can be president. Yellow face more difficult to read. I know he always wanted to be emperor, not only now but also want to be emperor, but he arranged for himself in the past. So who thinks he robbed his throne in history, both as enemies of the Zhou Dynasty is the case, for Liu, of Yongzheng, too, and now the same is true for Xi Jinping. That day he said he was Tongtianjiaozhu, is Bruce Lee, adding that "cut" from the cross-sectional teaching Tongtianjiaozhu of Bruce Lee's. Before this I only know that he is King Zhou did not think he was Tongtianjiaozhu.

Gods have become a major catastrophe heaven and earth, because of the cross-sectional teaching Tongtianjiaozhu King Zhou forces to support the back,

6/26/17, 12:54 PM

https://plus.google.com/113225803796289353336/posts/QoArH



Zhou you? Evil party's persecution of Dafa and Dafa disciples is not a "Zhu Xian array" it? To eradicate the evil we must destroy the tyranny of King Zhou, this must get rid of "Zhu Xian array" King Zhou evil forces behind the top placed under the defeat Tongtianjiaozhu. King Zhou and Tongtianjiaozhu to think is actually the same person, all around us. It reminds me of A Warren wrote "constant ancient world," the story of the ancient world in the sky constant rebellion clown is just a puppet king, but the real culprit behind the manipulation of the child actually is the hero of the Soviet big brother Arrow repair. It seems the old forces in history are accustomed to playing the demon spy drama Running out of this, when selecting a clown puppet king villain camp, and the devil himself face-lift mixed square camp, waiting for an opportunity to seize power when the emperor.

Master Jiang said that it is actually not what is the origin, that is, in the Millennium carrion shed an evil, toad became a child, was chosen by the old forces. But exactly who put a frog placed on the throne of Evil CCP, it launched vicious persecution of Falun Dafa in 1999 it? Master said that Jiang Zemin is a clown, then the big ugly is not someone else? Master behind Jiang Zemin, who is that big ugly that? Only after much deliberation to rule the world Nostradamus predicted that the year one thousand nine hundred ninety-nine Marx, that is from Satan. Only the evil Communist Party Marxist leader to put a frog holding a party for the evil clown king, and only at Marx's own ruling after year one thousand nine hundred ninety-nine world's only river toad and the environmental conditions to launch the persecution of Falun Dafa. Marx's use of Jiang Zemin and the Communist Party to persecute Falun Gong, to create such an evil persecution is so he can become the savior of the end of the persecution, that is, the legendary Christian king forever in Jesus.

Huang Renxiong said to himself after the United States in another dimension Jiang Zemin back a lot of money to see him and gave him a money, he told Jiang: Old Jiang, thank you. In reality, he soon found a job. When it comes to carrying a frog a lot of money, I think a lot of Chinese businesses dedicated to the so-called Treasure toad all these years, the legendary three-legged toad is a fairy bangs in the possession of the owner with money to be able to spit from his mouth. I remember fellow practitioners said that Jiang Zemin is a three-legged toad, one of his bad leg. Shen Yun show "Golden Monkey except toad demon" in the Monkey King toad demon was wounded leg, we all know that Jiang Zemin is the toad demon. So when that day I am pleased to tell Huang Renxiong couple own dream with several people covered coffin lid Marx but unexpectedly met with a cold, but Xu Min strongly defend Marx and argue with me, and afterwards I have many things to sort out the Ins and Outs again, finally want to understand.




behind King Zhou of Marx, Red Dragon is Satan, that is, toward the Chinese Communist red Tongtianjiaozhu.

After twelve early 2020 China Chongqing thin Wang incident, and the Middle East known as the "Arab Spring" Jasmine Revolution, came one day Huang Renxiong excitedly told me that Lianzhu star appeared in the sky planetarium, a CCP to collapse . Because there before 2012 Mayan astronomical calendar end of the fifth century the sun prophecy, so when I think of the evil party almost collapsed, wrote an astronomical indicates the CCP will soon collapse to the article was published. Huang later told me that he arranged this role is Bo Xilai, when Bo Xilai was to mutiny rebel, because after Xi Jinping see my article did disposed on the military, Bo Xilai did not dare Jubing . Whether this is true I do not know, just know that after the Bo Xilai authorities carried out a purge in the military forces, and Xi Jiang Bo Xilai background has been extended to the Central Military Commission Vice Chairman Xu and Guo in the cleaning military forces level.

While I was talking to Bo Xilai and Huang Song Zuying his own arrangements in history was surprised no one thought Guo Jiajun and Xu Jiajun, Jiang's faction and the forces of the whole blood debt gang with him about the King Zhou. In fact, once said Xiao Lian Song Zuying is Gods of nine pheasant essence, the goblin is his side of the demon King Zhou Fei, who have always been gang. At that time I only knew Bo Xilai, XuCaiHou and Guo these people were involved in organ harvesting from living Falun Gong practitioners atrocities, their arrest is deserved, because no one thought of King Zhou towards their own arrangements in the Red troops were hosed while Xi Jinping hate Such is Life.

Later, King Zhou talked to me once, "Arab Spring" is his own arrangements in history, he is Muhammad. According to him, Bo Xilai should launch a coup in 2012, coupled with the tide of democracy in the Middle East "Jasmine revolution" set off, all this is to the impact of the ruling Communist Party, are also back to his own will to overthrow the Communist Party of China led the revolution and do bedding. I know the purpose of all this is to make all the arrangements of his own overthrow of the Communist Party to become a great hero, the savior of the end of the persecution of Falun Gong has become China's democratically elected president after the collapse of the CCP. But who would have thought of Marx and the Communist Party of manufacturing overthrow of the Communist Party of Huang Renxiong the same person, arrange the persecution of Satan and end the persecution of "Jesus" is also the same man?
The old forces is against the Creator's mercy in playing loud opera. Master also count on the meter, "wait and see demon clown show to do." You want to play, the master will be with you. But no matter how the Monkey King then seventy change, also not running the palm of Buddha.

2008年大熱的《珠珠榜》是國內電視劇中...




Jeet Kune Do founder Bruce Lee thing he taught was cut, saying "cut" with the word "robbery" is a homonym, his way is cut, that is, robbery . He set Tongtianjiaozhu catastrophe for the beings at the same time it cut off its own way, so he is a head no tail off the dragon, he can only be a dream of Red Mansions peter off dream, because he arranged all this history is on no roots. If you follow his arrangements to go, and finally everything is nothing, nothing can not be successful, as Hu Jintao in 2012 handling of thin week coup. But the Dhamma must stay the course to great perfection, it is not possible in accordance with the arrangements of the old forces to go. I was warned that he let go of his past arrangements Dharma Master interference.

After a few days in Paris, France occurred Islamic terrorists attacked Charlie Weekly, killing more than events. Was my first reaction is to their own articles touched the magic, the magic of Muhammad big attack. Claimed that terrorists murder was in retaliation for their weekly Charlie ancestral Mohammed painted clown, be Muhammad on the stage of history or whether it is the main character clown, it was his own choice, he put himself in their place. Master said, "who want to go against history he is the clown, which has met with a lot of history on."

A few days later, came Zhou Yongkang have been arrested and sacked plan to make the news. I was savvy enough not win, but after the town of evil destroy those articles removed to the chaos. Perhaps compassionate Master still give him a chance. But he did not break the dragon realized though cut off the lower body, but at least the upper body still. In this recent meeting in western France and USA, he actually deliberately spreading his students to participate in the puja is the future of China's president that a heresy, just do not give up their evil ways set of theocracy. Master still alive, he would dare to doing its own thing, openly using the law would promote himself, this is blatant undermining Dafa. Feelings can not replace reason. So do not cherish their own lives, it can not give a chance.

This time I wrote "right view is the line" was published, exposing him "Wulong Fei" is named on the Minghui spy Huang Renxiong. The next day came the ghost of a vice mayor Jiang lair Shanghai's arrest news, followed by another a deputy secretary of the Beijing Municipal caught up. A few days later, the French central Paris attacks occurred Islamic State terrorists wantonly killing civilians. For me, all this is not new, is that last year at this time the only thing all over again, but this time I destroy Huanglong up.

November 16, 2015

Show original text






**Sky Horse**   A2~3

Huang Renxiong may own mind magic, and set his statement, he said he was so and so, and so he is the king, lured several female students to go to him as a princess, including his ex-wife. Including his girlfriend home. To know that his ex-wife has not divorced him staying in their homes, from the moral is also shameless. Master said Huang Renxiong even be spies, do not give him the market, he believes his ex-wife was the impact of the Master give him vindicated, would give him the vindication of the Assembly. Think he went to the United States, there is still the market, there are new people to strive to become queen. Riddles those specific type of argument is not to say, just want to emphasize that, from domestic to foreign countries, men and women alike whether he several students how their human qualities? He said the emperor to do?

Practice focused on repair heart and mind, to do the study of law Master asked to do, sending righteous thoughts, clarify the truth, nothing more! Apply a network terms: God horses are clouds!

Show original text

Jan 12, 2016



**邱成任**

Continental also has an emperor, a few years ago was persecuted disease took his life. Take the time to stand with one hand held palm to half.

Show original text

Jun 11, 2016

   Add a comment...



(/)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　语种

正见首页 (/)　/　　见证 (/zj/falunwitness)
　/　　海外文集 (/taxonomy/term/113)　　修炼体悟 (/taxonomy/term/331)

正體 (http://big5.zhengjian.org/node/156219)　简体
(http://www.zhengjian.org/node/156219)

# 从近期办护照的经历想到的

### 日本大法弟子　美妙

【正见网2016年12月29日】

我的护照快到期了，入管局负责难民调查的官员在谈话的时候，一再提醒我尽快去中国大使馆更换护照。说到年底会有很多的人排很长的队伍。但是我感觉到他们似乎还在担心着别的什么。因为他们曾经安抚我说，申请难民的有关事情他们会替我保密。这让我的心里隐隐有点不安。

而且我来日本以后，一直在参加很多的讲真相活动。不光是因为正法时期大法弟子肩负的责任和使命，还因为我已身在自由世界，监狱里一起受迫害的同修却仍然在巨大的承受之中，有的释放以后不久又被抓进黑牢，他们的处境历历在目，有的在多次入狱后被迫害惨死。时间如水流失，世人皆在险境，这些都让我不敢也不忍懈怠。

我在99年1月就有公派出国的机会，因悟性不高被家事牵绊而错过了师父安排的机缘。2006年以后的几年间，再次有了出国工作的机会，广告不让进门的小区，却在我家楼下门洞前的草地上奇怪的竖起了一个"憨瑞出国"的广告牌，但是我在几年的时间里都没有悟到师父的点化，同修和娘家人也一致反对我出国而再次错失机缘，一直到监狱里度日如年，被迫害了两年以后才如梦方醒。

 我去年出国来到日本，是在多年好友的美国同修鼓动下出来的。当时我的身体和头脑都已接近崩溃。我在两次美国签证失败以后来到日本打算经日本前往美国，但是第三次签证也失败了。同判好友说话越来越离奇，我才发现，好友去美国嫁的丈夫是明慧网十几年前就公布过的中共特务。所谓"好友"对我的关注从一开始就有不可告人的目地。

有时候我还碰到中共派到海外的特务，有一次有一人戴墨镜身材高大看起来象国安的人混在游客中走到我真相点，经过我身边时声音低沉的对我说，"还有家人在国内呢！？"有一次发神韵单张，两个中国人隐蔽的对我胸前挂的姓名牌录像，我若无其事的走过去把单张递给他们，他们神色慌张扭头就走。有一次有一人象是便衣国安特务，混在游客中眼神极其凶恶的盯着我看。我走过去对他讲真相，他不听反而狠狠的威胁我。

向日本的华裔同修请教换护照的流程，同修善意的提醒我说，"你一定要把难民申请纸拿下来。"有位同修说，"申请难民的理由多种多样，你拿掉难民申请纸他们就不太会注意到你是法轮功。"

但是我不想拿下来。多年的好友竟然是假同修真特务，恶党对我了如指掌。拿掉

今日头版

三言两语话白…
正法修炼二三…
大法的神圣美…
讲真相语音与…
轮回纪实：勇…
光盘正常播放…
《封神演义》…
柳宗元死后当…
保加利亚五个…
加拿大多位议…
从孙悟空画圈…
教师大法弟子…
不在无意中给…
当我们看到师…
修好自己打好…
正见知音：转…
讲真相语音与…
酌古鉴今：测…

海外文集
(/taxonomy
/term/113)

修炼体悟 (/taxo…
修炼故事 (/tax…
小弟子园地 (/t…
正念正行 (/tax…
法会文章 (/tax…
祛病健身 (/tax…
神奇经历 (/tax…
讲真相 (/taxon…
迫害真相 (/tax…
其它 (/taxonom…

难民申请纸只能是掩耳盗铃，除了显示出内心的怯懦，什么作用都不会起。在国内我都不怕，在国际社会我为什么要怕它？

还是放下心来，把一切交给师父吧，相信师父一定会给我最好的结果。

说来也巧，在我去申请的那天，一出地铁，碰到一位见过两次面的外地同修，她要去大使馆办理香港签证，正好可以帮我发正念。我们拍照填表，坐在大厅等叫号。当叫号跳过了我的号码，到我后面的人时，我直接走到窗口，说应该轮到我了。工作人员愣了一下，随即和旁边窗口的工作人员商量了片刻，就把我的材料收下了。事情办完时间还早，我在国会的项目请了一天假，已经安排了其他同修替我站岗会门前，于是我走出大使馆，就到门前小马路对面的真相点去和老阿姨同修一起炼功和发正念了。

转眼到了取新护照的时间，我走下地铁，还没找到出口呢，又碰到一位见过面但是从来没有讲过话的本地同修，也是去办香港签证。她从后面叫住我带我走一条近点的路。听说我是去领新护照，就问我，"难民申请纸你拿下来没有？"听我说是有意没有拿下来，她很吃惊，替我担心道，"以前护照到期根本不给换，有段时间很多大法弟子都没有护照了呢。"还说她自己办护照的时候，工作人员拒绝受理，她给他们拍了录像据理力争，吵到领事出来以后才给办了。我说以前是以前，形势天天都在变。也没有请她帮忙发正念了。

人少没有排队，我交了钱很顺利的把新护照取到了。时间还早，我走出大使馆，又到门前小马路对面的真相点去炼功和发正念。整个过程心态很好，心情很平稳。一切都是顺理成章而又理所当然。下午结束的时候，卷起条幅收好东西，我向对面大使馆聘请的日本警察鞠躬致谢，对方也微笑着向我回礼。

2016年元旦期间，我们在靖国神社附近发单张和做"诉江"征签，走过一群中国大陆来的学子，看年纪大约是博士生，他们边走边感慨道，"人心变了，世道也要变了！"现在又是一年快过去了。

现在真相点上人来人往的游客中，除了当初卖力参与迫害法轮功欠了血债的人，出于对清算的恐惧和自身的利益还在拥护邪党以外，已经没有什么人为共产党辩护了。特别是江泽民，最普遍的评价就是"没有一个人说他好！"就算是体制内领工资或退休金的人，那些还在脸红脖子粗坚持为共产邪党站台的中毒太深的愚民，连他们一起出来的朋友都嫌他们背时倒灶的，思想太落伍跟不上时代了！

"人的一思一念，一点点的想法，都不会错过众神的眼睛。所以在这个期间人做什么事情，都是给自己定自己的将来。"（《法轮大法 各地讲法八》- 二零零七年纽约法会讲法）在正法所剩不多的日子里，衷心的祝福世人，珍惜大法弟子的辛勤付出，给自己定一个美好的将来吧。

# 相关链接

法轮大法（http://www.falundafa.org/）    明慧网（http://www.minghui.org）    新生网（http://www.xinsheng.net/）

欧洲圆明网（http://www.yuanming.net/）    亚太正悟网（http://www.zhengwunet.org/）

澳洲光明网（http://www.guangming.org/）    法网恢恢（http://www.fawanghuihui.org/）

追查国际（http://www.zhuichaguoji.org/）    放光明电视台（http://www.fgmtv.org/xinpian.htm）

台湾放光明（http://tw.fgmtv.org/）    希望之声（http://soundofhope.org/）    大纪元新闻网（http://www.dajiyuan.com/）



I came to Japan from China last year by the encouragement of a long time good friend and fellow practitioner in America. At that time, both my physical body and my mind were near the brink of collapse. After two failed visa attempts to the US, I came to Japan and planned to go to America via Japan. But my third visa attempt failed as well. At the same time, my good friend started to speak in an increasingly bizarre manner. I realized the husband my good friend married is the special agent from the Chinese Communist Party, as published by minghui.org more than ten years ago

Sometimes I would meet special agents sent overseas by Chinese Communist Party. One time, a person of large stature with sunglasses came up to truth clarification booth. When he walked past me, he lowered his voice and said to me, "[You] still have family members in the Mainland?!" Another time while distributing Shen Yun flyers, two Chinese people stealthily videotaped my name tag. I walked towards them as if nothing happened and handed them flyers. They looked panicked, then immediately turned around and left. Another time, a person who looked like a plainclothes national security special agent mixed in amongst tourists stared at me ferociously. I walked over to tell him the truth. He did not listen, but threatened me instead.

While consulting with Japanese practitioners about the process of passport change, practitioner reminded me kindly, "you must apply for refugee status." Another practitioner said, "There are many reasons one can apply for refugee status, if you remove refugee application then they will not notice you are Falur Gong."

But I did not want to remove refugee application. My long time good friend actually turned out to be a fake practitioner but a real special agent. The evil party knows me inside out